IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) <br> ) <br> ) <br> BILL HEARD ENTERPRISES, INC., et al.,[1] ) <br> ) <br> ) <br>     Debtors. ) <br> ) | Chapter 11 <br><br> Case No. _____ |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2008 a copy of the following documents were served upon the attached list in the manner indicated:

| |
|---|
| Debtors' Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 1015(B) for Joint Administration of Cases |
| Debtors' Motion to Establish Certain Case Management Procedures and to Limit Notice |
| Debtors' Motion Pursuant to 11 U.S.C §§ 105(a) and 363(b) for Authorization to Pay Prepetition Wages, Compensation and Payroll Taxes |

---

[1] In addition to Bill Heard Enterprises, Inc., the Debtors include the following entities: (i) Bill Heard Chevrolet Company, (ii) Tom Jumper Chevrolet, Inc., (iii) Bill Heard Chevrolet, Inc. - Huntsville, (iv) Landmark Chevrolet, Ltd., (v) Bill Heard Chevrolet, Ltd., (vi) Bill Heard Chevrolet Corporation Nashville, (vii) Bill Heard Chevrolet Corporation - Orlando, (viii) Bill Heard Chevrolet, Inc. - Union City, (ix) Bill Heard Chevrolet at Town Center, LLC, (x) Bill Heard Chevrolet, Inc. - Collierville, (xi) Bill Heard Chevrolet, Inc. - Scottsdale, (xii) Bill Heard Chevrolet, Inc. - Plant City, (xiii) Bill Heard Chevrolet, Inc. - Buford, (xiv) Bill Heard Chevrolet Corporation - Las Vegas, (xv) Bill Heard Chevrolet Corporation - N.W. Las Vegas, (xvi) Twentieth Century Land Corp., (xvii) Enterprise Aviation, Inc., (xviii) Century Land Corporation, (xix) Century Land Company - Tennessee, (xx) Bill Heard Management, LLC, (xxi) Landmark Vehicle Mgt., LLC, (xxii) Georgia Services Group, LLC, and (xxiii) Columbus Transportation, LLC

1696868 v1

| |
|---|
| Debtors' Motion Pursuant to 11 U.S.C §§ 366 and 105(A) for Order Deeming Utility Companies Adequately Assured of Future Performance and Establishing Procedure for Determining Requests for Additional Adequate Assurances Pursuant to § 36 |
| Debtors' Motion for Expedited Hearing on First-Day Pleadings |
| Debtors' Application for Order Authorizing Retention and Employment of Burr & Forman LLP as Counsel for the Debtors and Debtors in Possession |
| Application to Employ Development Specialists, Inc. as Financial Advisors to the Debtors |
| Debtors' Application for Order Under 28 U.S.C. § 156(c) and Fed. R. Bankr. P. 2002 Authorizing the Retention and Employment of Epiq Bankruptcy Solutions, LLC as Notice and Claims Agent for the Debtors |
| Application to Employ Stichter, Riedel, Blain & Prosser, P.A. as Conflicts Counsel Pursuant to 11 U.S.C. § 327(A) |
| Affidavit of Fred C. Caruso in Support of Chapter 11 Petitions and First Day Orders |
| Debtors' Motion for an Order Granting the Debtors and Extension of Time Within Which to File Schedules and Lists |
| Debtors' Motion for an Order Authorizing Continued Use of Existing Bank Accounts and Cash Management System |
| Emergency Joint Motion for Preliminary and Final Orders Authorizing Debtor to Obtain Post-Petition Financing on a Secured Basis Pursuant to 11 U.S.C. §§ 105, 361, 364(c)(1), 364(c)(2), 364(c)(3), and 364(D)(1) |
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet Company |
| Chapter 11 Voluntary Petition of Tom Jumper Chevrolet, Inc. |

| |
|---|
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet, Inc. - Huntsville |
| Chapter 11 Voluntary Petition of Landmark Chevrolet, Ltd. |
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet, Ltd |
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet Corporation Nashville |
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet Corporation - Orlando |
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet, Inc. - Union City |
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet at Town Center, LLC |
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet, Inc. - Collierville |
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet, Inc. - Scottsdale |
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet, Inc. - Plant City |
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet, Inc. - Buford |
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet Corporation - Las Vegas |
| Chapter 11 Voluntary Petition of Bill Heard Chevrolet Corporation - N.W. Las Vegas |

| |
|---|
| Chapter 11 Voluntary Petition of Twentieth Century Land Corp |
| Chapter 11 Voluntary Petition of Enterprise Aviation, Inc |
| Chapter 11 Voluntary Petition of Century Land Corporation |
| Chapter 11 Voluntary Petition of Century Land Company - Tennessee |
| Chapter 11 Voluntary Petition of Bill Heard Management, LLC |
| Chapter 11 Voluntary Petition of Landmark Vehicle Mgt., LLC |
| Chapter 11 Voluntary Petition of Georgia Services Group, LLC |
| Chapter 11 Voluntary Petition of Columbus Transportation, LLC |

Dated: September 29, 2008

/s/ Marc P. Solomon
Robert B. Rubin
Derek F. Meek
Marc P. Solomon
Amanda M. Beckett

Attorneys for Debtors
BILL HEARD ENTERPRISES, INC., ET AL.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1696868 v1

4

**Bankruptcy Administrator for the Northern District of Alabama (Via Email and U.S. Mail)**

Richard Blythe
400 Wells Street
PO Box 3045
Decatur, AL 35602
richard_blythe@alnba.uscourts.gov


**Counsel for the Debtors' primary prepetition secured lenders (Via Email and U.S. Mail)**

**Autostar**
c/o Mike Rupe
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022-2585
mike.rupe@kattenlaw.com

**CB & T**
c/o Jeff Kelley
Troutman Sanders
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216
jeffrey.kelley@troutmansanders.com

**GE (Via Email Only)**
John M. Monahan
John.M.Monahan@GE.com


**Counsel for the Debtors' proposed postpetition secured lenders (Via Email and U.S. Mail)**

**GMAC**
c/o Charles Tatelbaum
Adorno & Yoss
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Florida 33301
ctatelbaum@adorno.com

**BMW Financial Services**
c/o Jim Rollins
Holland & Knight
1201 West Peachtree Street, N.E.
One Atlantic Center, Suite 2000
Atlanta, GA 30309
jim.rollins@hklaw.com

**Chase**
c/o John Deily
Deily Mooney Glastetter LLP
8 Thurlow Terrace
Albany, New York 12203
jdeily@deilylawfirm.com

**The Debtors' forty (40) largest unsecured creditors (Via Federal Express)**

| | | | |
|---|---|---|---|
| THE FROST NATIONAL BANK<br>NORTHWEST CROSSING FINANCIAL CENTER<br>SAN ANTONIO, TX 75373 | WEAVER DISTRIBUTORS INC<br>4015 DANIELSVILLE RD<br>ATHENS, GA 30601 | NAVISTAR INTERNATIONAL<br>4201 WINDFIELD RD<br>WARRENVILLE, IL 60555 | J A M DISTRIBUTING CO<br>4200 SINGLETON BLVD<br>DALLAS, TX 75212 |
| NEVADA DEPT OF TAXATION<br>1550 E COLLEGE PKWY STE 115<br>CARSON CITY, NV 89706 | ENTERPRISE-RENT-A-CAR<br>3907 MAIN STREET<br>COLLEGE PARK, GA 30337 | GEORGIA POWER<br>96 ANNEX<br>ATLANTA, GA 30396-0001 | UNIVISION RADIO BRDCAST<br>5100 SOUTHWEST FREEWAY<br>HOUSTON, TX 77056 |
| COMPTROLLER OF PUBLIC ACCOUNTS<br>LYNDON B JOHNSON STATE OFFICE BUILDING<br>111 E 17TH ST.<br>AUSTIN, TX 78774 | COX RADIO - HOUSTON<br>1529 HIGHWAY 6<br>HOUSTON, TX 77077 | WEST POINT LINCOLN MERCURY<br>11666 KATY FREEWAY<br>HOUSTON, TX 77043 | BELLAIRE AIR CONDITIONING<br>7315 ASHCROFT<br>STE #116<br>HOUSTON, TX 77081 |
| GEORGIA DEPT OF REVENUE<br>1800 CENTURY BLVD NE<br>ATLANTA, GA 30345-3205 | DEPT OF REVENUE<br>50 N RIPLEY ST<br>MONTGOMERY, AL 36132 | DeFALCO ADVERTISING<br>195 WEKIVA SPRINGS RD<br>LONGWOOD, FL 32779 | FLORIDA POWER<br>FPL GENERAL MAIL FACILITY<br>MIAMI, FL 33188-0001 |
| A-LINE AUTO PARTS / ARNOLD OIL COMPANY OF HOUSTON<br>7720 BLACKENSHIP DR.<br>HOUSTON TX, 77055 | CLEAR CHANNEL<br>3500 PEIDMONT RD NE<br>ATLANTA, GA 30305 | HACKNEY<br>212 SPRING RUN DR<br>MOORESVILLE, NC 27560 | COMMERCIAL TRK & VAN EQUIPMENT<br>4800 BUFORD HWY<br>NORCROSS, GA 30071 |
| NOBLE LOGISTICS INC<br>11335 CLAY RD STE 100<br>HOUSTON, TX 77041 | DEPT OF REVENUE<br>ANDREW JACKSON BLDG<br>500 DEADERICK ST<br>NASHVILLE, TN 37242 | PREMACO INC<br>975 COBB PLACE BLVD NW ST<br>KENNESAW, GA 30144-6848 | COMCAST SPOTLIGHT<br>2975 COURTYARDS DR<br>NORCROSS, GA 30071 |
| ADP DEALER SERVICES<br>1950 HASSELL RD<br>HOFFMAN ESTATES, IL 60195 | COMMUNICORP<br>1001 LOCKWOOD AVE<br>COLUMBUS, GA 31909 | KEYSTONE AUTOMOTIVE IND<br>777 WHARTON DR SW # A<br>ATLANTA, GA 30336-2123 | ACS OF GEORGIA<br>3812 GREEN INDUSTRIAL WAY<br>CHAMBLEE, GA 30341 |
| FLORIDA DEPT OF REVENUE GENERAL TAX ADMIN<br>1379 BLOUNTSTOWN HIGHWAY<br>TALLAHASSE, FL 32304-2716 | JOHNSON INDUSTRIES<br>5944 PEACHTREE CORNERS E<br>NORCROSS, GA 30092 | SMYRNA CARGO<br>2158 ATLANTA ROAD<br>SMYRNA, GA 30080 | GENESIS MARKETING GROUP I<br>256 N SAM HOUSTON PKWY EA<br>HOUSTON, TX 77060 |

1696867 v1

| | | | |
|---|---|---|---|
| DEPT OF REVENUE<br>1600 WEST MONROE<br>PHOENIX, AZ 85007-2650 | MID-AMERICA PARTS DISTRIB<br>4274 PILOT DR<br>MEMPHIS, TN 38118 | SUPREME CORPORATION<br>21808 NETWORK PLACE<br>CHICAGO, IL 60673-1808 | FLORIDA AUTOMOTIVE DIST<br>PO BOX 864023<br>ORLANDO, FL 32886 |
| FACTORY MOTOR PARTS CO<br>10200 51st AVENUE N # A<br>MINNEAPOLIS, MN 55442 | LIBERMAN BROADCASTING<br>3000 BERING<br>HOUSTON, TX 77057 | FLEETWING CORPORATION<br>742 S COMBEE RD<br>LAKELAND, FL 33801-6314 | REFLEXXION AUTOMOTIVE PRO<br>2949 NORBROOK DRIVE<br>MEMPHIS, TN 38116 |

**The District Director of Internal Revenue Service for the Northern District of Alabama (Via U.S. Mail)**

District Director of Internal Revenue Service
for the Northern District of Alabama
801 Tom Martin Dr.
Birmingham, AL 35211


**Miscellaneous (Via Email)**

Joseph R. Sgroi
JSgroi@honigman.com

Robert B. Weiss
rweiss@honigman.com

1696867 v1