UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

In re:  Bankr. Case No. 08-83029

Bill Heard Enterprises, Inc.  Chapter 11

    Debtor(s)

### REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Navistar Financial Corporation hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Navistar Financial Corporation
    425 N. Martingale Road, 18th Floor
    Schaumburg, IL 60173

NAVISTAR FINANCIAL CORPORATION

By_____*Kathleen N. Reed*_____
    Kathleen N. Reed
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173
(630) 753-4000

**Certificate of Service**

This Request for Notice was sent via electronic mail or first class mail to the following individuals on September 29, 2008 :

Derek F. Meek
Burr & Foreman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

U.S. Bankruptcy Administrator, AL
One Church Street
Montgomery, AL 36104