# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE INORTHERN DSTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case Number **08-83029-JAC11** |
| **BILL HEARD ENTERPRISES, INC.,** ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE

Please take notice that pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as attorney of record for Astar Finance LLC, Astar Finance Falcon II, LLC, and Falcon Financial II, LLC, parties in interest in the above-captioned bankruptcy case.

Please take further notice that the undersigned hereby requests that all notices and papers specified by or filed pursuant to 11 U.S.C. § 1109(b) or Rules 2002 or 9010 of the Federal Rules of Bankruptcy Procedure, and all other notices given or required to be given in this case, be given and served upon:

>Patrick Darby, Esq.
>Jennifer A. Harris, Esq.
>Bradley Arant Rose & White LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203
>Telephone: (205) 521-8000
>Email: pdarby@bradleyarant.com
>Email: jharris@bradleyarant.com
>
>Michael C. Rupe, Esq.
>Cara S. Mittleman, Esq.
>Katten Muchin Rosenman LLP

1

1/1729484.1

575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Email: mike.rupe@kattenlaw.com
Email: cara.mittleman@kattnelaw.com

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents or items of correspondence brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, telex or otherwise.

This notice and request is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters or the waiver of a right to a jury trial, all of which creditors Astar Finance LLC, Astar Finance Falcon II, LLC, and Falcon Financial II, LLC reserve without prejudice.

Dated this 29th day of September, 2008.

/s/ Jennifer A. Harris
Attorney for
ASTAR FINANCE LLC, ASTAR FINANCE FALCON II, LLC, AND FALCON FINANCIAL II, LLC

**OF COUNSEL:**
Patrick Darby, Esq.
Jennifer A. Harris, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203
Pdarby@bradleyarant.com
jharris@bradleyarant.com
Telephone:     (205) 521-8000
Facsimile:      (205) 521-8800

-And-

Michael C. Rupe, Esq.
Cara S. Mittleman, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022-2585
Email:  mike.rupe@kattenlaw.com
Email: cara.mittleman@kattnelaw.com
Telephone:     (212) 940-8800
Facsimile:      (212) 940-8776

Attorneys for ASTAR FINANCE LLC, ASTAR FINANCE FALCON II, LLC, AND FALCON FINANCIAL II, LLC

3

1/1729484.1

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Derek F Meek
Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203
Email: dmeek@burr.com

Marc P Solomon
Burr & Forman, LLP
3100 SouthTrust Tower
Birmingham, AL 35203
Email: msolomon@burr.com

        Respectfully submitted,

        s/ Jennifer A. Harris
        OF COUNSEL