UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
DECATUR DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 08-83029-JC-11 |
| BILL HEARD ENTERPRISES, INC. | § | (Jointly Administered) |
| | § | |
| Debtor | § | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/ Jay W. Hurst
JAY W. HURST
Assistant Attorney General
Texas State Bar No. 10315620
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4861
Facsimile: (512) 482-8341
jay.hurst@oag.state.tx.us

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on October 2, 2008, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

Bill Heard Enterprises, Inc.
PO Box 6749
Columbia, GA 31917

By Electronic Means as listed on the Court's ECF Noticing System:

Robert H Adams rha@hsy.com, kbg@hsy.com;cpm@hsy.com
Richard M Blythe Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov
Clyde Ellis Brazeal ebrazeal@walstonwells.com
Henry A Callaway hcallaway@handarendall.com
Sara Anne Ford SFORD@LFWLAW.com
Kimberly B Glass kbg@hsy.com, cpm@hsy.com
Jennifer Anne Harris jharris@bradleyarant.com
Stuart M Maples smaples@maplesandray.com, smm.jmmt@yahoo.com
Derek F Meek dmeek@burr.com, jcrawfor@burr.com
James H. Rollins jrollins@hklaw.com, avis.francis@hklaw.com

2

Marc P Solomon msolomon@burr.com, jcrawfor@burr.com

*/s/ Jay W. Hurst*
JAY W. HURST

3