IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| BILL HEARD ENTERPRISES, INC., et al.,[1] ) | |
| ) | Case No. 08-83029-JAC-11 |
| Debtors. ) | |

## ORDER ON DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363 AUTHORIZING CONTINUED USE OF EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM

This matter came before the Court on the Debtors' Motion for Entry of an Order Authorizing Continued Use of Existing Bank Accounts and Cash Management System (the "Motion"), filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"); the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding (a) that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); that notice of the

---

[1] In addition to Bill Heard Enterprises, Inc., the Debtors include the following entities: (i) Bill Heard Chevrolet Company, (ii) Tom Jumper Chevrolet, Inc., (iii) Bill Heard Chevrolet, Inc. - Huntsville, (iv) Landmark Chevrolet, Ltd., (v) Bill Heard Chevrolet, Ltd., (vi) Bill Heard Chevrolet Corporation Nashville, (vii) Bill Heard Chevrolet Corporation - Orlando, (viii) Bill Heard Chevrolet, Inc. - Union City, (ix) Bill Heard Chevrolet at Town Center, LLC, (x) Bill Heard Chevrolet, Inc. - Collierville, (xi) Bill Heard Chevrolet, Inc. - Scottsdale, (xii) Bill Heard Chevrolet, Inc. - Plant City, (xiii) Bill Heard Chevrolet, Inc. - Buford, (xiv) Bill Heard Chevrolet Corporation - Las Vegas, (xv) Bill Heard Chevrolet Corporation - N.W. Las Vegas, (xvi) Twentieth Century Land Corp., (xvii) Enterprise Aviation, Inc., (xviii) Century Land Corporation, (xix) Century Land Company - Tennessee, (xx) Bill Heard Management, LLC, (xxi) Landmark Vehicle Mgt., LLC, (xxii) Georgia Services Group, LLC, (xxiii) Columbus Transportation, LLC

Motion and the hearing was sufficient under the circumstances; and (d) that the legal and factual bases set forth in the Motion at and the Hearing establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtors are authorized to continue their existing Cash Management System and their existing Bank Accounts under existing account numbers and such accounts shall be treated as DIP accounts for all purposes. The Debtors shall maintain strict records with respect to all transfers of cash so that all pre-petition and post-petition transactions may be readily ascertained, traced and recorded properly on applicable company accounts.

3. The banks and financial institutions at which the Bank Accounts are maintained (collectively, the "Banks") are authorized to continue to service and administer the applicable Bank Accounts as accounts of the respective Debtor as a debtor-in-possession without interruption and in the usual and ordinary course, and to receive, process and honor and pay any and all checks, drafts, wires, or automated clearing house transfers ("ACH Transfers") drawn on the bank accounts after the Petition Date by the holders or makers thereof, as the case may be.

4. Nothing contained herein shall prevent the Debtors from opening additional bank accounts, or closing existing bank accounts, as they deem necessary and appropriate, *provided, however,* that any new account shall be with a bank that is insured with the Federal Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation and that is organized under the laws of the United States or any state therein.

5. The Debtors are authorized to continue to perform pursuant to the terms of any pre-petition agreements that may exist between the Debtors and the Banks with respect to any fees, expenses or other amounts due in connection with such agreements arising prior to or after

the Petition Date. The parties to such agreements shall continue to enjoy the rights and remedies afforded to them under such agreements, except to the extent modified by an order of this Court or operation of the Bankruptcy Code.

6. No disbursements shall be made from a pre-petition bank account using pre-petition funds unless the Court enters an order specifically authorizing such a disbursement.

7. Operation of the Cash Management System shall not affect any liens on the cash held in the Cash Management System, and all such liens are expressly preserved.

8. Debtors agree to transfer all pre-petition funds held in the payroll accounts as of the Petition Date for each dealership to that dealership's general deposit accounts, effectively "zeroing out" such payroll accounts.

9. Fundings from any DIP financing will be deposited, held, and disbursed from a Heard control account.

10. All deposits from proceeds of pre-petition collateral shall be deposited and held in the general deposit account for the respective entity from whence the collateral was sold.

**DONE and ORDERED** this day September 30, 2008

/s/ Jack Caddell
Jack Caddell
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1126-8          User: kpressnel          Page 1 of 1             Date Rcvd: Sep 30, 2008
Case: 08-83029                Form ID: pdf000          Total Served: 11

The following entities were served by first class mail on Oct 02, 2008.
 db           +Bill Heard Enterprises, Inc.,   P O Box 6749,   Columbus, GA 31917-6749
 aty          +Charles M Tatelbaum,   Adorno & Yoss,   350 East Las Olas Blvd Ste 1700,
                Fort Lauderdale, FL 33301-4217
 aty          +Gregory St. John,   Adorno & Yoss,   700 South Federal Highway Ste 200,
                Boca Raton, FL 33432-6128
 aty          +Steven J Solomon,   Adorno & Yoss,   2525 Ponce deLeon Blvrd Ste 400,   Miami, FL 33134-6044
 smg          +Richard Blythe,   BA Decatur,   P O Box 3045,   Decatur, AL 35602-3045
 cr           +ADP Commercial Leasing, LLC,   15 Waterview Blvd, MS 934,   Parsippany, NJ 07054-1265
 cr           +ADP, Inc. Dealer Services Group,   15 Waterview Blvd, MS 934,   Parsippany, NJ 07054-1265
 cr           +Astar Finance Falcon II, LLC,   c/o Bradley Arant Rose & White LLP,   One Federal Place,
                1819 Fifth Avenue North,   Birmingham, AL 35203-2120
 cr           +Astar Finance LLC,   c/o Bradley Arant Rose & White LLP,   One Federal Place,
                1819 Fifth Avenue North,   Birmingham, AL 35203-2120
 cr           +Falcon Financial II, LLC,   c/o Bradley Arant Rose & White LLP,   One Federal Place,
                1819 Fifth Avenue North,   Birmingham, AL 35203-2120
 cr           +Navistar Financial Corporation,   425 N. Martingale Road,   Suite 1800,
                Schaumburg, IL 60173-2216

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr             GMAC LLC,   Lightfoot, Franklin & White, L.L.C.,   c/o Sara Anne Ford, 400 20th St. N.,
                  Birmingham
                                                                                                 TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2008**             Signature:    _Joseph Speetjens_