**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BILL HEARD ENTERPRISES, INC., et al. | ) | Case No. 08-83029-JAC-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**DEBTORS' NINTH OMNIBUS OBJECTION TO PROOFS OF CLAIM REQUESTING AN ORDER DISALLOWING AND EXPUNGING LATE FILED CLAIMS**

Bill Heard Enterprises, Inc., together with its subsidiaries,[1] debtors and debtors in possession (collectively, the "Debtors"), pursuant to Section 502(b) of the title 11 of the United States Code (the "Bankruptcy Code") and Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as amended, hereby files the Debtors' Ninth Omnibus Objection to Proofs of Claim Requesting an Order Disallowing and Expunging Late Filed Claims (the "Ninth Omnibus Objection") to those proofs of claim described below (the "Claims"), and requests entry of an Order disallowing in full and expunging as applicable, each of the Claims set forth herein. ***Claimants receiving this Ninth Omnibus Objection should search for their name and their claim on Exhibit A attached hereto and act accordingly.*** In further support of the Ninth Omnibus Objection, the Debtors respectfully represent as follows:

---

[1] In addition to Bill Heard Enterprises, Inc., the Debtors include the following entities: (i) Bill Heard Chevrolet Company, (ii) Tom Jumper Chevrolet, Inc., (iii) Bill Heard Chevrolet, Inc. - Huntsville, (iv) Landmark Chevrolet, Ltd., (v) Bill Heard Chevrolet, Ltd., (vi) Bill Heard Chevrolet Corporation Nashville, (vii) Bill Heard Chevrolet Corporation - Orlando, (viii) Bill Heard Chevrolet, Inc. - Union City, (ix) Bill Heard Chevrolet at Town Center, LLC, (x) Bill Heard Chevrolet, Inc. - Collierville, (xi) Bill Heard Chevrolet, Inc. - Scottsdale, (xii) Bill Heard Chevrolet, Inc. - Plant City, (xiii) Bill Heard Chevrolet, Inc. - Buford, (xiv) Bill Heard Chevrolet Corporation - Las Vegas, (xv) Bill Heard Chevrolet Corporation - N.W. Las Vegas, (xvi) Twentieth Century Land Corp., (xvii) Enterprise Aviation, Inc., (xviii) Century Land Corporation, (xix) Century Land Company - Tennessee, (xx) Bill Heard Management, LLC, (xxi) Landmark Vehicle Mgt., LLC, (xxii) Georgia Services Group, LLC, (xxiii) Columbus Transportation, LLC, and (xxiv) Airport Chevrolet, Inc.

## JURISDICTION

1. This Court has jurisdiction over the Ninth Omnibus Objection pursuant to 28 U.S.C. § 334, and the subject matter of the Ninth Omnibus Objection is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and the Ninth Omnibus Objection are proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are Sections 502(b) and 1106(a) of Title 11 of the Bankruptcy Code and Rules 3003(c) and 3007 of the Bankruptcy Rules.

## BACKGROUND

2. On September 28, 2008 (the "Petition Date"), the Debtors filed with the Court their voluntary petitions for relief under Chapter 11 the Bankruptcy Code.[2] Since the Petition Date the Debtors have remained as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code and continue to manage their assets as debtors in possession.

3. On September 30, 2008, the Court ordered joint administration of the Debtors' cases under Case No. 08-83029 (Docket No. 26).

4. On November 19, 2008, the Debtors filed their respective schedules of assets and liabilities (the "Schedules") and statements of financial affairs (the "SOFAs") with the Bankruptcy Court. On February 15, 2009, the Debtors filed amended Schedules and SOFAs. All references to the Debtors' Schedules or SOFAs means the Schedules or SOFAs as amended from time to time.

---

[2] On October 3, 2008, ACI filed its petition for relief under Chapter 11 of the Bankruptcy Code.

2

5.  Pursuant to the Court's Order setting the final date to file proofs of claim, all prepetition proofs of claim for both general claims and administrative claims were to be filed by April 1, 2009, except for those claims filed or to be filed by (i) a holder of an alleged WARN Act claim, (ii) a governmental unit (as defined in the Bankruptcy Code), or (iii) a holder of a claim resulting from a rejected executory contract.

6.  On June 19, 2009, the Debtors filed their Plan of Liquidation (the "Plan") and Disclosure Statement for Debtors' Plan of Liquidation (the "Disclosure Statement"). A hearing to approve the Disclosure Statement is scheduled for August 4, 2009.

**RELIEF REQUESTED**

7.  By this Ninth Omnibus Objection, the Debtors respectfully request that the Court enter and Order pursuant to Sections 502 and 1106(a) of the Bankruptcy Code and Bankruptcy Rules 3003(c) and 3007 as amended, disallowing in full and expunging as applicable, each of the Claims identified and described on Exhibit A attached hereto, subject to the Debtors' reservation of rights to object to any such Claim on Exhibit A on further grounds.

8.  The claims listed on Exhibit A were all filed after April 1, 2009, which was the Bar Date in these cases for creditors to file their proofs of claim.[3] Absent a showing of "excusable neglect" by each individual creditor listed on Exhibit A, none of the proofs of claim set forth on Exhibit A should be allowed. Instead, the proofs of claim should be disallowed and expunged to the extent they exceed the amount set forth in the Debtors' Schedules. If this relief

---

[3] Because the Bankruptcy Code requires that governmental units (as defined in Section 101(27) of the Bankruptcy Code), must have at least six months to file proofs of claim. After reasonable inquiry, the Debtor believes that none of the parties listed on Exhibit A to which the Debtor asserts the April 1, 2009 Bar Date applies are governmental units.

is granted, these parties will still have claims against the Debtors, but only as set forth in the Debtors' Schedules, not as set forth in their respective proofs of claim. If no amount was set forth in the Debtors' Schedules for a particular creditor, then such Claim should be disallowed in its entirety and the claimant will have no claim against the Debtors or their estate.

9. The Debtors are still conducting the claims review process. Accordingly, the Debtors reserve the right to object at a later time to the proofs of claim subject to this Ninth Omnibus Objection or the surviving proofs of claim, as the case may be, on any and all other grounds. The Debtors also reserve the right to object to any other proofs of claim filed in these cases.

**NOTICE**

10. A copy of the Ninth Omnibus Objection shall be served upon (i) all parties who have requested notice pursuant to the Master Service List; (ii) the Bankruptcy Administrator; (iii) counsel to the Official Committee of Creditors Holding Unsecured Claims, and (iv) each party against whose claim the Debtors objected as listed on Exhibit A. Claimants receiving this Ninth Omnibus Objection should search for their name and their claim on Exhibit A accordingly. The Debtors respectfully represent that such notice is adequate and complies with Rule 2002 and 3007 (as amended) of the Bankruptcy Rules.

WHEREFORE, for the foregoing reasons, the Debtors respectfully request that this Court enter an Order pursuant to Sections 502 and 1106(a) of the Bankruptcy Code and Bankruptcy Rules 3003(c) and 3007 as amended, disallowing in full and expunging as applicable, each of the Claims identified and described on Exhibit A hereto.

Date:  August 4, 2009

/s/  Derek F. Meek_____
Derek F. Meek
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:    (205) 450-5000
Facsimile:     (205) 458-5100
*Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT A**

**Exhibit A**

**Late Filed Claims**

**Objectionable Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| ROLIN, JEREMY<br>5548 LITTLE MILL ROAD<br>BUFORD, GA  30518 | 3957 | 5/1/09 | 08-83032 | - (S)<br>- (A)<br>$65.00 (P)<br>- (U)<br>$65.00 (T) | 4/1/2009 |
| ROLIN, JEREMY D.<br>5548 LITTLE MILL ROAD<br>BUFORD, GA  30518 | 3955 | 5/1/09 | 08-83029 | - (S)<br>- (A)<br>$600.00 (P)<br>- (U)<br>$600.00 (T) | 4/1/2009 |
| ROSA-CARRERAS, EFRAIN DE LA<br>2131 SMITHFIELD CIR S<br>LAKELAND, FL  33801 | 4383 | 5/19/09 | 08-83049 | - (S)<br>$16,291.39 (A)<br>- (P)<br>- (U)<br>$16,291.39 (T) | 4/1/2009 |
| ROSA-PEREZ, JOSE J.<br>24611 W KINGSCREST CIR<br>SPRING, TX  77389 | 3632 | 4/6/09 | 08-83029 | - (S)<br>- (A)<br>$483.91 (P)<br>- (U)<br>$483.91 (T) | 4/1/2009 |
| RUFFIN,SHELA<br>1746 S ORLEANS ST #1<br>MEMPHIS, TN  38106 | 4143 | 5/7/09 | 08-83029 | $18,900.00 (S)<br>- (A)<br>$33,940.96 (P)<br>$15,040.96 (U)<br>$33,940.96 (T) | 4/1/2009 |
| RUSSO, WILLIAM S.<br>9165 CRAVEN AVE<br>LAS VEGAS, NV  89149-0400 | 4009 | 5/4/09 | 08-83029 | - (S)<br>- (A)<br>$20,000.00 (P)<br>- (U)<br>$20,000.00 (T) | 4/1/2009 |
| SALAS, LAMBERTO<br>1204 JAMES ST<br>LAS VEGAS, NV  89101 | 3695 | 4/15/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$2,368.35 (U)<br>$2,368.35 (T) | 4/1/2009 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| SALAZAR, CHRISTOPHER A.<br>2700 NORTH RAINBOW, #2048<br>LAS VEGAS, NV  89108 | 4216 | 5/8/09 | 08-83029 | - (S)<br>- (A)<br>$13,775.00 (P)<br>- (U)<br>$13,775.00 (T) | 4/1/2009 |
| SALINAS, VICTOR M.<br>555 BUTTERFIELD ROAD #306<br>HOUSTON, TX  77090 | 3616 | 4/6/09 | 08-83033 | - (S)<br>- (A)<br>$33,754.98 (P)<br>- (U)<br>$33,754.98 (T) | 4/1/2009 |
| SANCHEZ, MARIO<br>12706 VERDUN DR<br>HOUSTON, TX  77049 | 6197 | 7/6/09 | 08-83033 | - (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$10,950.00 (T) | 6/30/2009 |
| SANCHEZ-PIMENTEL,DENISE<br>15015 W AIRPORT BLVD APT 912<br>SUGAR LAND, TX  774987090 | 3717 | 4/24/09 | 08-83035 | - (S)<br>- (A)<br>- (P)<br>$164.00 (U)<br>$164.00 (T) | 4/1/2009 |
| SANCHEZ-PIMENTEL,DENISE<br>15015 W AIRPORT BLVD APT 912<br>SUGAR LAND, TX  774987090 | 3718 | 4/24/09 | 08-83035 | - (S)<br>- (A)<br>- (P)<br>$289.10 (U)<br>$289.10 (T) | 4/1/2009 |
| SANDOVAL, ANTONIO E.<br>336 BRAMFORD WAY<br>KENNESAW, GA  30144 | 4097 | 5/4/09 | 08-83044 | - (S)<br>- (A)<br>- (P)<br>$23,100.00 (U)<br>$23,100.00 (T) | 4/1/2009 |
| SANTIBANES, ALEXIS<br>1211 WINSTON HOMESTEAD CT<br>RICHMOND, TX  77469-2219 | 5138 | 6/23/09 | 08-83029 | - (S)<br>- (A)<br>$1,000.00 (P)<br>- (U)<br>$1,000.00 (T) | 4/1/2009 |
| SANTIBANES, ARELY<br>1211 WINSTON HOMESTEAD CT<br>RICHMOND, TX  77469-2219 | 5141 | 6/23/09 | 08-83029 | - (S)<br>- (A)<br>$2,100.00 (P)<br>- (U)<br>$2,100.00 (T) | 4/1/2009 |
| SANTIBANES, NELSON<br>1211 WINSTON HOMESTEAD CT<br>RICHMOND, TX  77469-2219 | 5142 | 6/23/09 | 08-83029 | - (S)<br>- (A)<br>$4,500.00 (P)<br>- (U)<br>$4,500.00 (T) | 4/1/2009 |

---- **Objectionable Claims** ----

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| SANTIBANES, NELSON A<br>1211 WINSTON HOMESTEAD<br>RICHMOND, TX 77469 | 5143 | 6/23/09 | 08-83035 | Unspecified* | 4/1/2009 |
| SANTIBANES, NELSON, JR.<br>1211 WINSTON HOMESTEAD CT<br>RICHMOND, TX 77469-2219 | 5140 | 6/23/09 | 08-83029 | - (S)<br>- (A)<br>$1,000.00 (P)<br>- (U)<br>$1,000.00 (T) | 4/1/2009 |
| SANTIBANES, SAMANTHA<br>1211 WINSTON HOMESTEAD CT<br>RICHMOND, TX 77469-2219 | 5139 | 6/23/09 | 08-83029 | - (S)<br>- (A)<br>$1,000.00 (P)<br>- (U)<br>$1,000.00 (T) | 4/1/2009 |
| SANTONASTASO, PAMELA<br>66 BIGGS RD<br>RINGGOLD, GA 30736 | 3640 | 4/6/09 | 08-83044 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | 4/1/2009 |
| SANTOS, ALICIA MARIE<br>708 THISTLE PL<br>WINTER SPRINGS, FL 32708-2126 | 3586 | 4/3/09 | 08-83039 | Unspecified* | 4/1/2009 |
| SCHNEE, LEO<br>1903 VERNLAKE CIR<br>HOUSTON, TX 77084-4741 | 3579 | 4/3/09 | 08-83029 | - (S)<br>- (A)<br>$241.17 (P)<br>- (U)<br>$241.17 (T) | 4/1/2009 |
| SCHNEE, LEO<br>1903 VERNLAKE CIR<br>HOUSTON, TX 77084-4741 | 3580 | 4/3/09 | 08-83029 | - (S)<br>- (A)<br>$1,830.72 (P)<br>- (U)<br>$1,830.72 (T) | 4/1/2009 |
| SCHNEE, LEO<br>1903 VERNLAKE CIR<br>HOUSTON, TX 77084-4741 | 3581 | 4/3/09 | 08-83029 | - (S)<br>- (A)<br>$28.00 (P)<br>- (U)<br>$28.00 (T) | 4/1/2009 |
| SCHNEE, VICKI<br>1903 VERNLAKE CIR<br>HOUSTON, TX 77084-4741 | 3576 | 4/3/09 | 08-83029 | - (S)<br>- (A)<br>$370.00 (P)<br>- (U)<br>$370.00 (T) | 4/1/2009 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| SCHNEE, VICKI<br>1903 VERNLAKE CIR<br>HOUSTON, TX  77084-4741 | 3577 | 4/3/09 | 08-83029 | - (S)<br>- (A)<br>$760.00 (P)<br>- (U)<br>$760.00 (T) | 4/1/2009 |
| SCHNEE, VICKI<br>1903 VERNLAKE CIR<br>HOUSTON, TX  77084-4741 | 3578 | 4/3/09 | 08-83029 | - (S)<br>- (A)<br>$75.05 (P)<br>- (U)<br>$75.05 (T) | 4/1/2009 |
| SCIMECA, PHILLIP<br>9652 W QUAILTRACK DRIVE<br>PEORIA, AZ  85383 | 3561 | 4/2/09 | 08-83029 | - (S)<br>- (A)<br>$8,000.00 (P)<br>- (U)<br>$8,000.00 (T) | 4/1/2009 |
| SCIMECA, PHILLIP<br>9652 W QUAILTRACK DRIVE<br>PEORIA, AZ  85383 | 4420 | 5/26/09 | 08-83029 | - (S)<br>- (A)<br>$8,000.00 (P)<br>- (U)<br>$8,000.00 (T) | 4/1/2009 |
| SEEK & SEAL, DBA ADVANCED AUTO GLASS<br>1201 SOLANA AVE.<br>WINTER PARK, FL  32789 | 3716 | 4/23/09 | 08-83029 | $174.00 (S)<br>$174.00 (A)<br>- (P)<br>- (U)<br>$174.00 (T) | 4/1/2009 |
| SEMONS, RONALD SCOTT<br>5339 KINGSBERRY STREET<br>COLUMBUS, GA  31907 | 4530 | 6/1/09 | 08-83029 | - (S)<br>$1,281.94 (A)<br>- (P)<br>- (U)<br>$1,281.94 (T) | 4/1/2009 |
| SHARP, M.K.<br>145 FOAL DRIVE<br>ROSWELL, GA  30076 | 3832 | 4/27/09 | 08-83029 | - (S)<br>- (A)<br>$2,045.45 (P)<br>- (U)<br>$2,045.45 (T) | 4/1/2009 |
| SHELLEY,MAJORIE<br>1014 CR 353<br>NACOGDOCHES, TX  75961 | 3707 | 4/20/09 | 08-83035 | - (S)<br>- (A)<br>$1,150.00 (P)<br>- (U)<br>$1,150.00 (T) | 4/1/2009 |
| SIENA ACCEPTANCE<br>P.O. BOX 7170<br>FULLERTON, CA  92834-7170 | 4132 | 5/7/09 | 08-83029 | $23,221.58 (S)<br>- (A)<br>- (P)<br>$8,243.61 (U)<br>$31,465.19 (T) | 4/1/2009 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| SILLERO, RUBEN<br>5802 GREEN FALLS DR<br>HOUSTON, TX  77088 | 3587 | 4/3/09 | 08-83033 | $2,425.00 (S)<br>$4,000.00 (A)<br>- (P)<br>$1,575.00 (U)<br>$4,000.00 (T) | 4/1/2009 |
| SKARAMAGOS, MICHAEL R.<br>6954 S TUCANA LN<br>GILBERT, AZ  85298 | 4851 | 6/8/09 | 08-83029 | - (S)<br>- (A)<br>$9,500.00 (P)<br>- (U)<br>$9,500.00 (T) | 4/1/2009 |
| SMITH, DANNY J.<br>5 HIDDEN FORKS DRIVE<br>WEAVERVILLE, NC  28787 | 4309 | 5/14/09 | 08-83029 | - (S)<br>- (A)<br>$7,708.00 (P)<br>- (U)<br>$7,708.00 (T) | 4/1/2009 |
| SOTO, SAMANTHA<br>10111 LIMEWOOD LN<br>SUGARLAND, TX  77478 | 3585 | 4/3/09 | 08-83035 | Unspecified* | 4/1/2009 |
| SOUTH WEST AUTO TOWING<br>183 N GIBSON RD #170<br>HENDERSON, NV  89014 | 3655 | 4/8/09 | 08-83034 | - (S)<br>- (A)<br>- (P)<br>$1,725.70 (U)<br>$1,725.70 (T) | 4/1/2009 |
| SOUTH WEST AUTO TOWING<br>108 CORPORATE PARK DRIVE #101<br>HENDERSON, NV  89014 | 3656 | 4/8/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$1,725.70 (U)<br>$1,725.70 (T) | 4/1/2009 |
| SPARKS, PERRY DEAN<br>5938 TYBALL COURT<br>LAS VEGAS, NV  89113 | 3953 | 4/30/09 | 08-83034 | - (S)<br>$1,500.00 (A)<br>- (P)<br>- (U)<br>$1,500.00 (T) | 4/1/2009 |
| SPEICHER, DANIELLE MARIE<br>1121 LONG OAK WAY<br>SANFORD, FL  32771-7266 | 3623 | 4/6/09 | 08-83039 | - (S)<br>- (A)<br>- (P)<br>$129.60 (U)<br>$129.60 (T) | 4/1/2009 |
| SPIVEY, DAVID<br>SPIVEY BODY SHOP<br>143 SAILORS DRIVE<br>ELLIJAY, GA  30540 | 4436 | 5/26/09 | 08-83028 | - (S)<br>- (A)<br>- (P)<br>$684.46 (U)<br>$684.46 (T) | 4/1/2009 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| SPROUSE, TODD<br>1994 GLENDOWER COVE<br>CORDOVA, TN  38016 | 4501 | 5/29/09 | 08-83046 | - (S)<br>- (A)<br>$10,000.00 (P)<br>- (U)<br>$10,000.00 (T) | 4/1/2009 |
| STANLEY SECURITY SOLUTIONS<br>6161 EAST 75TH<br>INDIANAPOLIS, IN  46250 | 4006 | 5/4/09 | 08-83034 | - (S)<br>- (A)<br>- (P)<br>$271.90 (U)<br>$271.90 (T) | 4/1/2009 |
| STANLEY, LONNIE<br>4307 HARRISON AVENUE #5B<br>COLUMBUS, GA  31904 | 4086 | 5/4/09 | 08-83029 | - (S)<br>- (A)<br>$2,272.00 (P)<br>- (U)<br>$2,272.00 (T) | 4/1/2009 |
| STAPLES, INC.<br>300 ARBOR LAKE DRIVE<br>COLUMBIA, SC  29223 | 3675 | 4/10/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$2,052.80 (U)<br>$2,052.80 (T) | 4/1/2009 |
| STEWART, ROBERT<br>5209 MORNING SPLASH AVE<br>LAS VEGAS, NV  89131 | 3533 | 4/2/09 | 08-83034 | - (S)<br>- (A)<br>- (P)<br>$825.00 (U)<br>$825.00 (T) | 4/1/2009 |
| STINE, RICHARD C.<br>840 MACY AVENUE<br>LAKE HELEN, FL  32744 | 6187 | 7/2/09 | 08-83029 | - (S)<br>- (A)<br>$6,500.00 (P)<br>- (U)<br>$6,500.00 (T) | 6/30/2009 |
| SULLENS, STEVE R.<br>6525 BROWNS BRIDGE ROAD<br>CUMMING, GA  30041 | 4038 | 5/4/09 | 08-83029 | - (S)<br>- (A)<br>$8,500.00 (P)<br>- (U)<br>$6,500.00 (T) | 4/1/2009 |
| SUNTRUST BANK<br>ATTN: SUPPORT SERVICES<br>P.O. BOX 85092<br>RICHMOND, VA  23286 | 5067 | 6/12/09 | 08-83029 | $11,662.28 (S)<br>- (A)<br>- (P)<br>- (U)<br>$11,662.28 (T) | 4/1/2009 |
| SUPERGLASS WINDSHIELD REPAIR<br>104 INDEPENDENCE CT<br>LAGRANGE, GA  30240 | 3709 | 4/20/09 | 08-83041 | - (S)<br>- (A)<br>- (P)<br>$220.00 (U)<br>$220.00 (T) | 4/1/2009 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| SYLVESTER MCMILLON<br>1252 ROYAL OAKS<br>MEMPHIS, TN 38116 | 4971 | 6/12/09 | 08-83046 | $8,130.00 (S)<br>- (A)<br>$8,130.00 (P)<br>- (U)<br>$8,130.00 (T) | 4/1/2009 |
| TAMBARE, NELLY A.<br>7508 FLAT ROCK ST<br>LAS VEGAS, NV 89131 | 3564 | 4/2/09 | 08-83034 | $2,121.67 (S)<br>- (A)<br>$2,121.67 (P)<br>- (U)<br>$2,121.67 (T) | 4/1/2009 |
| TAULBEE, MODENA T.<br>8024 MCKEE ROAD<br>UPATOI, GA 31829 | 3563 | 4/2/09 | 08-83029 | - (S)<br>- (A)<br>$212.00 (P)<br>- (U)<br>$212.00 (T) | 4/1/2009 |
| TAULBEE, MODENA T.<br>8024 MCKEE ROAD<br>UPATOI, GA 31829 | 4353 | 5/18/09 | 08-83029 | - (S)<br>- (A)<br>$8,520.00 (P)<br>- (U)<br>$8,520.00 (T) | 4/1/2009 |
| TERRELL, JOHN W.<br>2090 PEMBERTON ROAD SW<br>ATLANTA, GA 30331 | 4320 | 5/15/09 | 08-83029 | - (S)<br>- (A)<br>$3,500.00 (P)<br>$3,500.00 (U)<br>$3,500.00 (T) | 4/1/2009 |
| THEOBALD, MEGAN<br>PMB<br>10612 PROVIDENCE RD STE D<br>CHARLOTTE, NC 282779561 | 3702 | 4/17/09 | 08-83029 | Unspecified* | 4/1/2009 |
| THEOBALD, PATRICK<br>PMB 245<br>10612 PROVIDENCE RD STE D<br>CHARLOTTE, NC 282779561 | 3703 | 4/17/09 | 08-83029 | Unspecified* | 4/1/2009 |
| THEOBALD, PATRICK<br>PMB 245<br>10612 PROVIDENCE RD STE D<br>CHARLOTTE, NC 282779561 | 3705 | 4/17/09 | 08-83031 | - (S)<br>- (A)<br>$768.18 (P)<br>- (U)<br>$768.18 (T) | 4/1/2009 |
| THEOBALD, PATRICK A.<br>PMB 245<br>10612 PROVIDENCE RD STE D<br>CHARLOTTE, NC 282779561 | 3704 | 4/17/09 | 08-83029 | Unspecified* | 4/1/2009 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| THOMAS, CHARLES M.<br>217 SILVERBREEZE COURT<br>HARVEST, AL  35749 | 4339 | 5/18/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$10,998.00 (U)<br>$10,998.00 (T) | 4/1/2009 |
| THOMASON, LINDA R.<br>180 KILEY DRIVE<br>HOSCHTON, GA  30548 | 6223 | 7/6/09 | 08-83029 | - (S)<br>- (A)<br>$8,274.00 (P)<br>- (U)<br>$8,274.00 (T) | 4/1/2009 |
| THOMPSON, FREDDIE<br>8247 EASTSHORE DRIVE<br>UNION CITY, GA  30291 | 5061 | 6/18/09 | 08-83029 | - (S)<br>- (A)<br>$5,200.00 (P)<br>- (U)<br>$5,200.00 (T) | 4/1/2009 |
| TODECHINE, MARY<br>PO BOX 252<br>GANADO, AZ  86505 | 3671 | 4/10/09 | 08-83048 | $15,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$15,000.00 (T) | 4/1/2009 |
| TORABI, ROGER I.<br>17810 SPLIT CREEK<br>SPRING, TX  77379 | 4645 | 6/1/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$13,159.06 (U)<br>$13,159.06 (T) | 4/1/2009 |
| TORRES, GABRIELA<br>7015 SCHILLER ST<br>HOUSTON, TX  77055-5207 | 4838 | 6/8/09 | 08-83029 | - (S)<br>- (A)<br>$10,000.00 (P)<br>- (U)<br>$10,000.00 (T) | 4/1/2009 |
| TOWNES, TERRY<br>2497 TORRINGTON WAY<br>SOUTHAVEN, MS  38672-7821 | 4739 | 6/4/09 | 08-83029 | - (S)<br>- (A)<br>$2,403.04 (P)<br>- (U)<br>$2,403.04 (T) | 4/1/2009 |
| TYG PRODUCTS<br>1800 N MCDONALD ST<br>MCKINNEY, TX  75071-0365 | 3658 | 4/9/09 | 08-83033 | - (S)<br>- (A)<br>- (P)<br>$49,832.24 (U)<br>$49,832.24 (T) | 4/1/2009 |
| UNITED STATES DEBT RECOVERY LLC<br>TRANSFEROR: WILLIAMS, BENNIE<br>940 SOUTHWOOD BL. SUITE 101<br>INCLINE VILLAGE, NV  89451 | 4210 | 5/8/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$1,570.25 (U)<br>$1,570.25 (T) | 4/1/2009 |

— **Objectionable Claims** —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | 4680 | 6/1/09 | 08-83049 | $252.28 (S)<br>- (A)<br>- (P)<br>$24,441.06 (U)<br>$24,693.34 (T) | 4/1/2009 |
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | 4681 | 6/1/09 | 08-83048 | - (S)<br>- (A)<br>- (P)<br>$10,918.85 (U)<br>$10,918.85 (T) | 4/1/2009 |
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | 4682 | 6/1/09 | 08-83046 | - (S)<br>- (A)<br>- (P)<br>$1,518.46 (U)<br>$1,518.46 (T) | 4/1/2009 |
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | 4683 | 6/1/09 | 08-83044 | $2,175.37 (S)<br>- (A)<br>- (P)<br>$3,602.29 (U)<br>$5,777.66 (T) | 4/1/2009 |
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | 4684 | 6/1/09 | 08-83041 | - (S)<br>- (A)<br>- (P)<br>$79.91 (U)<br>$79.91 (T) | 4/1/2009 |
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | 4685 | 6/1/09 | 08-83039 | $3,374.56 (S)<br>- (A)<br>- (P)<br>$4,044.11 (U)<br>$7,418.67 (T) | 4/1/2009 |
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | 4686 | 6/1/09 | 08-83037 | - (S)<br>- (A)<br>- (P)<br>$3,555.55 (U)<br>$3,555.55 (T) | 4/1/2009 |
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | 4687 | 6/1/09 | 08-83036 | $5,880.61 (S)<br>- (A)<br>- (P)<br>$42,997.20 (U)<br>$48,877.81 (T) | 4/1/2009 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 4688 | 6/1/09 | 08-83035 | - (S)<br>- (A)<br>- (P)<br>$608.61 (U)<br>$608.61 (T) | 4/1/2009 |
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 4689 | 6/1/09 | 08-83034 | $1,980.84 (S)<br>- (A)<br>- (P)<br>$29,957.59 (U)<br>$31,938.43 (T) | 4/1/2009 |
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 4690 | 6/1/09 | 08-83033 | - (S)<br>- (A)<br>- (P)<br>$732.74 (U)<br>$732.74 (T) | 4/1/2009 |
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 4691 | 6/1/09 | 08-83032 | - (S)<br>- (A)<br>- (P)<br>$1,448.81 (U)<br>$1,448.81 (T) | 4/1/2009 |
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 4692 | 6/1/09 | 08-83031 | - (S)<br>- (A)<br>- (P)<br>$252.64 (U)<br>$252.64 (T) | 4/1/2009 |
| UNIVERSAL WARRANTY CORPORATION<br>ATTN: IRENA M. GOLDSTEIN, ESQ.<br>DEWEY & LEBOEUF LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 4693 | 6/1/09 | 08-83028 | - (S)<br>- (A)<br>- (P)<br>$10,384.06 (U)<br>$10,384.06 (T) | 4/1/2009 |
| UNIVISION COMMUNICATIONS, INC.<br>1777 NE LOOP 410 STE. 400<br>SAN ANTONIO, TX 78217 | 3594 | 4/3/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$178,033.30 (U)<br>$178,033.30 (T) | 4/1/2009 |
| US BANK<br>425 WALNUT STREET<br>CINCINNATI, OH 45202 | 3647 | 4/7/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$32,756.75 (U)<br>$32,756.75 (T) | 4/1/2009 |
| UTICA MUTUAL INSURANCE COMPANY<br>P.O. BOX 6568<br>UTICA, NY 13504-6568 | 3910 | 4/30/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$1,261,567.00 (U)<br>$1,261,567.00 (T) | 4/1/2009 |

———— **Objectionable Claims** ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| VALLE, DAVID A.<br>555 E SILVERADO RANCH BLVD UNIT 1108<br>LAS VEGAS, NV  891836299 | 3676 | 4/10/09 | 08-83029 | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | 4/1/2009 |
| VALLEJO, SAMUEL<br>2400 N ARIZONA AVENUE #1098<br>CHANDLER, AZ  85225 | 6176 | 7/1/09 | 08-83029 | - (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$10,950.00 (T) | 6/30/2009 |
| VAUGHN, BRADLEY J.<br>313 RAIL DR<br>ADAIRSVILLE, GA  30103 | 6207 | 7/6/09 | 08-83029 | - (S)<br>- (A)<br>$13,500.00 (P)<br>- (U)<br>$13,500.00 (T) | 6/30/2009 |
| VEGAS DASH<br>4691 S VALLEY VIEW<br>LAS VEGAS, NV  89103 | 4218 | 5/11/09 | 08-83034 | - (S)<br>- (A)<br>- (P)<br>$103.87 (U)<br>$103.87 (T) | 4/1/2009 |
| VUCLANO, SUSAN<br>3817 TYNERMOORE WALK SE<br>SMYRNA, GA  30080 | 6198 | 7/6/09 | 08-83029 | - (S)<br>- (A)<br>$20,000.00 (P)<br>- (U)<br>$20,000.00 (T) | 6/30/2009 |
| WACHOVIA BANK<br>CHRISTOPHER W. CONNER, ATTORNEY<br>GARNER & CONNER<br>PO BOX 5059<br>MARYVILLE, TN  37802 | 4790 | 5/26/09 | 08-83029 | $35,639.62 (S)<br>- (A)<br>- (P)<br>- (U)<br>$35,639.62 (T) | 4/1/2009 |
| WALKER, AMANDA<br>7330 MOUNT TABOR RD<br>CUMMING, GA  30040-3006 | 3542 | 4/2/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | 4/1/2009 |
| WALKER, ANDREA<br>7330 MOUNT TABOR RD<br>CUMMING, GA  30040-3006 | 3540 | 4/2/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | 4/1/2009 |

――― **Objectionable Claims** ―――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| WALKER, ELIZABETH<br>7330 MOUNT TABOR RD<br>CUMMING, GA  30040-3006 | 3541 | 4/2/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | 4/1/2009 |
| WALKER, FRANK<br>7330 MOUNT TABOR RD<br>CUMMING, GA  30040-3006 | 3538 | 4/2/09 | 08-83029 | Unspecified* | 4/1/2009 |
| WALKER, FRANK<br>7330 MOUNT TABOR RD<br>CUMMING, GA  30040-3006 | 3539 | 4/2/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$1,200.00 (U)<br>$1,200.00 (T) | 4/1/2009 |
| WALKER, JOHN<br>7330 MOUNT TABOR RD<br>CUMMING, GA  30040-3006 | 3543 | 4/2/09 | 08-83029 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | 4/1/2009 |
| WALKER, MICHAEL J.<br>1270 SPALDING DR.<br>ATLANTA, GA  30350-4201 | 3725 | 4/28/09 | 08-83031 | - (S)<br>- (A)<br>$10,000.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | 4/1/2009 |
| **Totals:** | | **100  Claims** | | **$130,937.81 (S)**<br>**$23,247.33 (A)**<br>**$294,029.13 (P)**<br>**$1,757,428.53 (U)**<br>**$2,141,776.17 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.