IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| BILL HEARD ENTERPRISES, INC., et al.,[1] ) | Case No. 08-83029-JAC11 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF CERTAIN OBJECTIONS TO CLAIMS

**COME NOW** the above-styled Debtors, by and through their undersigned counsel, and, based upon the responses by certain creditors as well as further due diligence by the Debtors, hereby withdraw those certain objections in Debtors' Ninth and Twelfth omnibus objections (Docket Entry No. 2032 and 2069) (the "Omnibus Objections") to the corresponding claims listed on **Exhibit A** hereto (the "Claims"). Ballots will be sent to such creditors by the Debtors' claims and noticing agent, unless cause otherwise exists to prevent them from receiving a ballot. Any other objections to the Claims, if any, including any objections by the Debtors to the Claims other than via the Omnibus Objections, are not withdrawn. Moreover, the Debtors reserve the right to object to each of the Claims in the future for any and all other reasons and bases, other

---

[1] In addition to Bill Heard Enterprises, Inc., the Debtors include the following entities: (i) Bill Heard Chevrolet Company, (ii) Tom Jumper Chevrolet, Inc., (iii) Bill Heard Chevrolet, Inc. - Huntsville, (iv) Landmark Chevrolet, Ltd., (v) Bill Heard Chevrolet, Ltd., (vi) Bill Heard Chevrolet Corporation Nashville, (vii) Bill Heard Chevrolet Corporation - Orlando, (viii) Bill Heard Chevrolet, Inc. - Union City, (ix) Bill Heard Chevrolet at Town Center, LLC, (x) Bill Heard Chevrolet, Inc. - Collierville, (xi) Bill Heard Chevrolet, Inc. - Scottsdale, (xii) Bill Heard Chevrolet, Inc. - Plant City, (xiii) Bill Heard Chevrolet, Inc. - Buford, (xiv) Bill Heard Chevrolet Corporation - Las Vegas, (xv) Bill Heard Chevrolet Corporation - N.W. Las Vegas, (xvi) Twentieth Century Land Corp., (xvii) Enterprise Aviation, Inc., (xviii) Century Land Corporation, (xix) Century Land Company - Tennessee, (xx) Bill Heard Management, LLC, (xxi) Landmark Vehicle Mgt., LLC, (xxii) Georgia Services Group, LLC, (xxiii) Columbus Transportation, LLC and (xxiv) Airport Chevrolet, Inc.

1772347 v4

than the specific basis previously asserted against that Claim in the Omnibus Objection referenced on Exhibit A.

To the extent that the Debtors continued work with claim holders resolves other objections, the Debtors will supplement its withdrawal of objections accordingly.

Dated this the 14th day of September, 2009.

/s/ Derek F. Meek
Robert B. Rubin
Derek F. Meek
Marc P. Solomon

Attorneys for Debtors
Bill Heard Enterprises, Inc., et al.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1772347 v4                                      2

## **Exhibit A**

| Date Filed | Claim No. | Name/Address of Claimant | Omnibus Objection |
|---|---|---|---|
| 4/7/2009 | 3647 | **U.S. Bank**<br>425 Walnut Street<br>Cincinnati, OH 45202 | Ninth |
| 3/23/2009 | 2307 | **Patsy Shultz**<br>Fort Bend County Tax Assessor-Collector<br>500 Liberty Street<br>Richmond, TX  77469 | Twelfth |

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document upon the attached Master Service List by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 14th day of September, 2009:

               /s/ Derek F. Meek
               OF COUNSEL

# MASTER SERVICE LIST

### Electronic Service:

Robert B. Rubin
Derek F. Meek
Heather A. Lee
Marc P. Solomon
Amanda M. Beckett
c/o Burr & Forman LLP
**Counsel for Debtors**
420 North 20th Street, Suite 3400
Birmingham, AL 35203
brubin@burr.com
dmeek@burr.com
hlee@burr.com
msolomon@burr.com
abeckett@burr.com

Edward J. Peterson
Amy Denton Harris
**Counsel for Debtor**
Stichter Riedel Blain & Prosser P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602
epeterson@srbp.com
aharris@srbp.com

Richard Blythe
**Bankruptcy Administrator for the
Northern District of Alabama**
400 Wells Street
PO Box 3045
Decatur, AL 35602
richard_blythe@alnba.uscourts.gov

**First Commercial Bank**
c/o Stuart M. Maples
Maples & Ray, PC
401 Holmes Ave., Suite H
Huntsville, AL 35801
smaples@maplesandray.com

**MassMutual Asset Finance LLC**
c/o Robert H. Adams
Kimberly B. Glass
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
rha@hsy.com
kbg@hsy.com

**ADP Commercial Leasing, LLC
ADP, Inc. Dealer Services Group**
c/o Henry A. Callaway, III
Hand Arendall LLC
Post Office Box 123
Mobile, AL 36601
hcallaway@handarendall.com

**Alphera Financial Services, A Division of
BMC Financial Services NA, LLC**
c/o Holland & Knight LLP
James H. Rollins
Paul E. Vranicar
Suite 2000, One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3400
jim.rollins@hklaw.com
paul.vranicar@hklaw.com

**MassMutual Asset Finance LLC**
c/o Jodie E. Buchman
Shaan S. Chima
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
jodie.buchman@dlapiper.com
shaan.chima@dlapiper.com

In re: *Bill Heard Enterprises, Inc., et al.*, Chapter 11 Case No. 08-83029-JAC11
United States Bankruptcy Court for the No. Dist. of Alabama, No. Div.
updated: 9/03/09

**Astar Finance LLC**
**Astar Financing Falcon II, LLC**
**Falcon Finacial II, LLC**
c/o Deborah Fletcher
Cara S. Mittleman
Merritt A. Pardini
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
deborah.fletcher@kattenlaw.com
cara.mittleman@kattenlaw.com
merritt.pardini@kattenlaw.com

**Astar Finance LLC**
**Astar Financing Falcon II, LLC**
**Falcon Finacial II, LLC**
c/o Patrick Darby
Jennifer A. Harris
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203
pdarby@bradleyarant.com
jharris@bradleyarant.com

**CB & T**
c/o Jeff Kelley
Troutman Sanders
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216
jeffrey.kelley@troutmansanders.com

**GE**
Michael Hudspeth
michael.hudspeth@GE.com

**GMAC**
**GMAC LLC**
c/o Charles Tatelbaum
Joshua B. Alper
Adorno & Yoss
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301

ctatelbaum@adorno.com
jalper@adorno.com

**GMAC LLC**
c/o Sara Anne Ford
Lightfoot, Franklin & White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
sford@lfwlaw.com

**General Motors Corporation**
c/o Robert B. Weiss
Joseph R. Sgroi
Adam L. Kochenderfer
Honigman Miller Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
JSgroi@honigman.com
rweiss@honigman.com
akochenderfer@honigman.com

**BMW Financial Services**
c/o Jim Rollins
Holland & Knight
1201 West Peachtree Street, N.E.
One Atlantic Center, Suite 2000
Atlanta, GA 30309
jim.rollins@hklaw.com

Carrie Ann Rohrscheib
Hale, Dewey & Knight, PLLC
88 Union Avenue, Suite 700
Memphis, TN 38103
crohrscheib@haledewey.com

**GE Commercial Finance Business Property Corporation**
c/o John B. Hutton
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 33131
huttonj@gtlaw.com

21}

*In re: Bill Heard Enterprises, Inc., et al.*, Chapter 11 Case No. 08-83029-JAC11
United States Bankruptcy Court for the No. Dist. of Alabama, No. Div.
updated: 9/03/09

**GE Commercial Finance Business Property Corporation**
c/o Stephen Katz
John Elrod
The Forum-Suite 400
3290 Northside Parkway, NW
Atlanta, GA 30327
KatzS@gtlaw.com
ElrodJ@gtlaw.com

**Wells Fargo Equipment Finance, Inc.**
C. Ellis Brazeal III
Edward J. Ashton
Walston, Wells & Birchall LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203
ebrazeal@walstonwells.com
eashton@walstonwells.com

**DeFalco Advertising**
c/o Ted Stuckenschneider
205 North 20th Street, Suite 427
Birmingham, AL 35203
tstucken@bellsouth.net

**Wells Fargo Bank NA and affiliates**
c/o Lee R. Benton
Brenton K. Morris
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203
lbenton@bcattys.com
bmorris@bcattys.com

**Comptroller of Public Accounts of the State of Texas**
c/o Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
jay.hurst@oag.state.tx.us

**Georgia Department of Revenue**
c/o Oscar B. Fears, III
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334
bfears@law.ga.gov

**Coventry Healthcare, Inc.**
c/o Cozen O'Connor
Neal D. Colton
Eric L. Scherling
1900 Market Street
Philadelphia, PA 19103
ncolton@cozen.com
escherling@cozen.com

**JP Morgan Chase Bank, N.A.**
Clark R. Hammond
Lindan Hill
Johnston Barton Proctor & Rose, LLP
569 Brookwood Village
Suite 901
Birmingham, AL 35209
crh@johnstonbarton.com

**De Lage Landen Financial Services, Inc.**
c/o William M. Hancock
Wolfe, Jones, Boswell, Wolfes, Hancock & Daniel, LLC
905 Bob Wallace Avenue
Huntsville, AL 35801
bankruptcy@wjb-law.com

31}

*In re: Bill Heard Enterprises, Inc., et al.*, Chapter 11 Case No. 08-83029-JAC11
United States Bankruptcy Court for the No. Dist. of Alabama, No. Div.
updated: 9/03/09

**The Reynolds and Reynolds Company**
**Reyna Capital Corporation**
c/o Jennifer L. Maffett
Jonathan S. Hawkins
Thompson Hine LLP
2000 Courthouse Plaza, NE
10 W. Second Street
Dayton, OH 45402
thdaytonecf@thompsonhine.com

**BG Products, Inc.**
c/o Louise Thompson
BG Products, Inc.
6601 W. Wilshire
Oklahoma City, OK 73132
lthompson@bglsi.com

**The Columbus Ledger-Enquirer**
Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
ppascuzzi@ffwplaw.com

**Hochsztein & Harrison-Jolly, P.A.**
c/o Fred Hochsztein
1930 Harrison Street, Suite 503
Hollywood, FL 33020
ajaye@aol.com

**Navistar International, Inc.**
c/o Kevin D. Heard
Heard & Associates, LLC
307 Clinton Avenue, West
Civic Plaza, Suite 310
Huntsville, AL 35801
kheard@heardlaw.com

**The Official Committee of Unsecured Creditors of Bill Heard Enterprises, Inc., et al.**
c/o Dennis S. Meir
John W. Mills
Kilpatrick Stockton LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309-4530
dmeir@kilpatrickstockton.com
jmills@kilpatrickstockton.com

Mark D. Taylor
Kilpatrick Stockton, LLP
607 14th Street NW
Suite 900
Washington, D.C. 20005-2018
MaTaylor@KilpatrickStockton.com

**Navistar Financial Corp.**
William J. Gibbons, Jr.
Gibbons & Furman
117 Jefferson Street, N.
Huntsville, AL 35801
bill.gibbons@gibbonsandfurman.com

Karen Fagin White
Bruce Z. Walker
Cohen Pollock Merlin & Small
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339
kfwhite@cpmas.com
bwalker@cpmas.com

**HSH Properties, LLLP**
c/o Donald M. Wright
Sirote & Permutt, PC
2311 Highland Avenue South
Birmingham, AL 35205
dwright@sirote.com

41}

*In re: Bill Heard Enterprises, Inc., et al.*, Chapter 11 Case No. 08-83029-JAC11
United States Bankruptcy Court for the No. Dist. of Alabama, No. Div.
updated: 9/03/09

**HSH Properties, LLLP**
c/o Stephen H. Block
Levine, Block & Strickland
945 E. Paces Ferry Road #2270
Atlanta, GA 30326
shblock@lbslaw.net

**Fletcher Jones, Sr. Trust**
c/o Robert P. Reynolds
Reynolds, Reynolds, & Duncan, LLC
Post Office Box 2863
Tuscaloosa, AL
rreynolds@rrdlaw.com

**Fletcher Jones, Sr. Trust**
c/o Jackson E. Duncan, III
Reynolds, Reynolds & Duncan, LLC
303 Williams Avenue, Suite 811
Post Office Box 18605
Huntsville, AL 35804
jduncan@rrdlaw.com

**Fletcher Jones, Sr. Trust**
c/o Jeanette E. McPherson
Lenard E. Schwartzer
Schwarter & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146
bkfilings@s-mlaw.com

**Bruce Qvale**
c/o Donald M. Wright
Sirote & Permutt, PC
2311 Highland Avenue South
Birmingham, AL 35205
dwright@sirote.com

**United Service Protection Corporation and United Service Protection, Inc.**
c/o Roy H. Liddell
Wells, Marble & Hurst, PLLC
P.O. Box 131
Jackson, MS 39205-0131
royliddell@wellsmar.com

**Harris County and Fort Bend County**
c/o Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Charles I. Pollack
Segal, Fryer, Shuster & Lester, PC
Suite 410
1050 Crown Pointe Parkway
Atlanta, GA 30338
cpollack@sfsllaw.com

**General Motors Corporation**
c/o Joseph R. Sgroi
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226
jsgroi@honigman.com

**tw telecom inc.**
c/o Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124
linda.boyle@twtelecom.com

**William Heard, Jr.**
c/o Charles L. Denaburg
Najjar Denaburg, PC
2125 Morris Avenue
Birmingham, AL 35203
cdenaburg@najjar.com

**US Bank**
c/o Paul J. Spina, III
Yearout, Spina & Lavelle, PC
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
pauls@ysllaw.com

51}

*In re: Bill Heard Enterprises, Inc., et al.*, Chapter 11 Case No. 08-83029-JAC11
United States Bankruptcy Court for the No. Dist. of Alabama, No. Div.
updated: 9/03/09

**Navistar Financial Corporation**
c/o Karen Fagin White
Bruce Z. Walker
Cohen Pollock Merlin & Small PC
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339
kfwhite@cpmas.com
bwalker@cpmas.com

**Fort Bend Independent School District**
c/o Yolanda M. Humphrey
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008
yhumphrey@pbfcm.com

**Ken Smith Auto Parts**
c/o Harry R. Cash
Grant, Konvalinka & Harrison, P.C.
633 Chestnut Street
9th Floor
Chattanooga, TN 37450
hcash@gkhpc.com

**Commercial Truck and Van Equipment**
**Adrian Steel Company**
c/o Steven J. Shaw
Joshua B. White
Stephens, Millirons, Harrison, Gammons
2430 L&N Drive
P.O. Box 307
Huntsville, AL 35804
sshaw@smhg.com
jwhite@smhg.com

**D.L. Claborn**
c/o Donald M. Wright
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
dwright@sirote.com

**United Service Protection Corporation**
**United Service Protection, Inc.**
c/o William E. Manhein, III
Wells, Marble & Hurst, P.C.
300 Concourse Blvd., Suite 200
Ridgeland, MS 39157
tmanhein@wellsmar.com

**Greater Texas Federal Credit Union**
c/o Edward S. Reisinger
Post Office Box 1885
Birmingham, AL 35201
ereisinger@trimmier.com

**Mac Haik**
c/o James R. Langdon
Moore & Vann Allen, PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
jimlangdon@mvalaw.com

**Canon Financial Services, Inc.**
c/o Andrew L. Unterlack
Scott H. Marcus & Associates
121 Johnson Road
Turnersville, NJ 08012
aunterlack@marcuslaw.net

**Jean W. Durdin**
c/o Preston T. Towber
Towber Law Firm, PLLC
675 West Loop South, Suite 920
Bellaire, TX 77401
preston@towberlaw.com

*In re: Bill Heard Enterprises, Inc., et al.*, Chapter 11 Case No. 08-83029-JAC11
United States Bankruptcy Court for the No. Dist. of Alabama, No. Div.
updated: 9/03/09

**Steve Wier, Inc. d/b/a Wier Enterprises**
c/o David M. Smith
2777 Allen Parkway, Suite 1000
Houston, TX 77019-2165
dmsmith@dmslegal.com

**Maricopa County Treasurer**
c/o Madeleine C. Wanslee
201 E. Washington Street, Suite 800
Phoenix, AZ 85004-2327
mwanslee@gustlaw.com

**AutoNation, Inc**.
c/o Walter F. McArdle
Spain & Gillon, LLC
2117 Second Avenue North
Birmingham, AL 35203
wfm@Spain-Gillon.com

**Emanuel D. Jones,**
**Legacy Chevrolet, Inc., and**
**Legacy Automotive of Columbus, LLC**
c/o Charles I. Pollack, Esq
1050 Crown Pointe Parkway
Atlanta, GA 30338
cpollack@sfsllaw.com

**Communicorp, Inc.**
c/o Brooks C. Morel, Esq.
Nelson Mullins Riley & Scarborough, LLP
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Brooks.morel@nelsonmullins.com

**The McDougal Company and**
**H&S Brokerage Company**
c/o Brenton K. Morris
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203
bmorris@bcattys.com

**Carl Gregory and**
**Carl Gregory Enterprises, Inc.**
c/o Frank B. Wilensky
Macey, Wilensky, Kessler, Hennings, LLC
230 Peachtree Street, N.W., Suite 2700
Atlanta, GA 30303-1561
fwilensky@maceywilensky.com

**Iron Mountain Information Management, Inc.**
c/o Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
ffm@bostonbusinesslaw.com

**Ceridian Tax Service**
**Ceridian Corporation**
c/o Mr. Timothy Getchell
Manager, Finance and Treasury Department
17390 Brookhurst Street, Suite 100
Fountain Valley, CA  92708-3737
tim.getchell@ceridian.com

**Capital One Auto Finance**
c/o Joe M. Lozano, Jr.
National Bankruptcy Services.com LLC
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
notice@bkcylaw.com

**Fidelity and Deposit Company of**
**Maryland**
c/o Alberta L. Adams
Mills Paskert Divers
100 North Tampa Street, Suite 2010
Tampa, FL 33602
aadams@mpdlegal.com

71}

*In re: Bill Heard Enterprises, Inc., et al.*, Chapter 11 Case No. 08-83029-JAC11
United States Bankruptcy Court for the No. Dist. of Alabama, No. Div.
updated: 9/03/09

**Verizon Business Global LLC**
c/o Stinson Morrison Hecker LLP
1150 18th Street, NW
Suite 800
Washington, DC 20036
Attention: Darrell W. Clark
dclark@stinson.com

**Verizon Business Global LLC**
c/o The Shields Law Firm
2025 Third Avenue North, Suite 209
Birmingham, AL 35203
rls@bhamlawfirm.com

**Parkway Chevrolet**
c/o Marcy E. Kurtz
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002
Marcy.Kurtz@bgllp.com

**First Commercial Bank of Huntsville**
c/o Jeffrey W. Kelly
Carolyn P. Richter
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
jeffrey.kelley@troutmansanders.com

**Systems & Services Technologies, Inc.**
c/o Joe M. Lozano, Jr.
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
notice@bkcylaw.com

**Judy Huff**
c/o Christopher M. Farmer, Esq.
Christopher Farmer, LLC
918 Ponce de Leon Ave NE
Atlanta, GA 30306-4212
cfarmer@dzkl.com

**Western Surety Company**
c/o Thomas L. Selden & Brian A. Dodd
Starnes & Atchison LLP
Seventh Floor, Brookwood Place
Post Office Box 598512
Birmingham, AL  35259-8512
TLS@starneslaw.com
BAD@starneslaw.com

**Motors Insurance Corporation**
c/o Peter A. Ivanick & Heather L. Aaronson
Dewey & Leboeuf LLP
1301 Avenue of the Americas
New York, NY  10019
pivanick@dl.com
haaronson@dl.com

**Mitel Leasing**
c/o Russell W. Mills & Jason M. Katz
Hiersche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX  75001
rmills@hhdulaw.com
jkatz@hhdulaw.com

**MassMutual Asset Finance LLC**
c/o C. Kevin Kobbe
DLA Piper LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD  21209-3600
kevin.kobbe@dlapiper.com

**Wells Fargo Equipment Finance, Inc.**
c/o Edward J. Ashton
Walston, Wells, & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203
eashton@walstonwells.com

*In re: Bill Heard Enterprises, Inc., et al.*, Chapter 11 Case No. 08-83029-JAC11
United States Bankruptcy Court for the No. Dist. of Alabama, No. Div.
updated: 9/03/09

**Houston Police Federal Credit Union**
c/o Lewis W. Smith, IV
Holoway Jones Law Firm, P.L.L.C.
407 Julie Rivers Drive
Sugar Land, TX 77478
csmith@jonesattorneys.com

**Credit Union of Texas**
c/o Edward S. Reisinger
Post Office Box 46832
Birmingham, AL 35201
ereisinger@trimmier.com

**ATCO PARTS, INC. AND ADVANTAGE DELIVERY & LOGISTICS**
c/o Mercedes Hale
Steele & Hale, P.A.
201 East Kennedy Blvd., Suite 425
Tampa, FL 33602
mhale@steelehale.com

**Crescent Bank and Trust**
c/o David K. Bowsher
Adams and Reese LLP
2100 3rd Avenue North
Suite 1100
Birmingham, Alabama 35203
david.bowsher@arlaw.com

**Reliant Energy Retail Services, LLC**
c/o Bruce J. Ruzinsky
Jackson Walker L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
bruzinsky@jw.com

**Reliant Energy Retail Services, LLC**
c/o Heather M. Forrest
Jackson Walker L.L.P.
901 Main Street
Suite 6000
Dallas, Texas 75202
hforrest@jw.com

91}

<u>Via U.S. Mail</u>
**Navistar Financial Corporation**
c/o Kathleen N. Reed
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173

**A-Line Auto Parts and Arnold Oil of Austin**
Attn: Leah Bush
1617 E. 6th Street
Austin, TX 78702

**Bellaire Air Conditioning**
Phillip Miller
7315 Ashcroft #116
Houston, TX 77081

**Factory Motor Parts Co.**
Todd E. Heldt
1380 Corporate Center Curve #200
Eagan, MN 55311

**Genesis Marketing Group, Inc.**
Gerald Doyle
256 N. Sam Houston Pkwy #120
Houston, TX 77060

**Noble Logistics Inc.**
Vince Hannigan
11335 Clay Road, Suite 100
Houston, TX 77041

**Reflexxion Automotive Products LLC**
Michael O'Neal
2949 Norbrook
Memphis, TN 38116

**Weaver Distributors Inc.**
John C. Weaver
4015 Danielsville Rd
Athens, GA 30601

**AmeriCredit Financial Services, Inc.**
Attn: Alice Whitten - Legal Dept
801 Cherry Street, Ste. 3900
Fort Worth, TX 76102

**River Oaks L-M**
**Hot Rides ADI, LP**
c/o Michael S. Holmes
8100 Washington Avenue
Suite 120
Houston, TX 77007

**Capital One Auto Finance**
P.O. Box 829009
Dallas, Texas 75382-9009

**Systems & Services Technologies, Inc.**
P.O. Box 829009
Dallas, Texas 75382-9009

**IKON Office Solutions**
Katrina Rumph
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA  31210

**Tennessee Department of Revenue**
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

**Aldine Independent School District**
Pamela H. Walters
14910 Aldine-Westfield Road
Houston, Texas  77032