# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 08−83029−JAC11 |
| Bill Heard Enterprises, Inc. | **Chapter** 11 |
| **EIN:** 58−1450389 | |

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*3014* – Objection to (related document(s): [2988] Objection to Claim filed by Liquidator William F. Perkins, in his capacity as the Liquidating Trustee for Bill Heard Enterprises, Inc., et al.) Filed by Creditor Kevin Wheeler (kap)

**Date:** Monday, May 10, 2010          **Time:** 10:00 AM

**Location:** Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached and filed with the Court by an attorney prior to the hearing date.

Dated: April 21, 2010          By:

Scott W. Ford, Clerk
United States Bankruptcy Court

kap

# CERTIFICATE OF NOTICE

```
District/off: 1126-8          User: kpressnel          Page 1 of 1          Date Rcvd: Apr 21, 2010
Case: 08-83029                Form ID: van002          Total Noticed: 1
```

The following entities were noticed by first class mail on Apr 23, 2010.
```
cr            +Kevin Wheeler,   P O Box 1561,   Collierville, TN 38027-1561
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2010**                     Signature:       *Joseph Speetjens*