IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BILL HEARD ENTERPRISES, INC., ET AL.,[1] | ) | Case No. 08-83029-JAC11 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Ref. Docket No. 3341 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                     )  ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2013, I caused to be served the "Notice of Motion of Liquidating Trustee for an Order Approving the Sale of Certain Assets of the Debtors' Estates to Oak Point Partners, Inc. Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief," dated October 23, 2013, to which was attached the "Motion of Liquidating Trustee for an Order Approving the Sale of Certain Assets of the Debtors' Estates to Oak Point Partners, Inc. Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief," dated October 23, 2013 [Docket No. 3341], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail as follows to those parties listed on the annexed Exhibit A.

---

[1] In addition to Bill Heard Enterprises, Inc., the Debtors include the following entities: (i) Bill Heard Chevrolet Company, (ii) Tom Jumper Chevrolet, Inc., (iii) Bill Heard Chevrolet, Inc. - Huntsville, (iv) Landmark Chevrolet, Ltd., (v) Bill Heard Chevrolet, Ltd., (vi) Bill Heard Chevrolet Corporation Nashville, (vii) Bill Heard Chevrolet Corporation - Orlando, (viii) Bill Heard Chevrolet, Inc. - Union City, (ix) Bill Heard Chevrolet at Town Center, LLC, (x) Bill Heard Chevrolet, Inc. - Collierville, (xi) Bill Heard Chevrolet, Inc. - Scottsdale, (xii) Bill Heard Chevrolet, Inc. - Plant City, (xiii) Bill Heard Chevrolet, Inc. - Buford, (xiv) Bill Heard Chevrolet Corporation - Las Vegas, (xv) Bill Heard Chevrolet Corporation - N.W. Las Vegas, (xvi) Twentieth Century Land Corp., (xvii) Enterprise Aviation, Inc., (xviii) Century Land Corporation, (xix) Century Land Company - Tennessee, (xx) Bill Heard Management, LLC, (xxi) Landmark Vehicle Mgt., LLC, (xxii) Georgia Services Group, LLC, (xxiii) Columbus Transportation, LLC, and (xxiv) Airport Chevrolet, Inc.

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT".

*Carol Zhang*

Sworn to before me this
24th day of October, 2013

*Notary Public*

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| A-LINE AUTO PARTS AND ARNOLD OIL OF AUSTIN | ATTN: LEAH BUSH 1617 E. 6TH STREET AUSTIN TX 78702 |
| ADP COMMERCIAL LEASING, LLC | ADP, INC. DEALER SERVICES GROUP C/O HENRY A. CALLAWAY, III HAND ARENDALL LLC POST OFFICE BOX 123 MOBILE AL 36601 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: PAMELA H. WALTERS, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALPHERA FINANCIAL SERVICES, A DIVISION OF | BMC FINANCIAL SERVICES NA, LLC C/O HOLLAND & KNIGHT LLP JAMES H. ROLLINS PAUL E. VRANICAR SUITE 2000, ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3400 |
| AMERICREDIT FINANCIAL SERVICES, INC. | ATTN: ALICE WHITTEN - LEGAL DEPT 801 CHERRY STREET, STE. 3900 FORT WORTH TX 76102 |
| ASTAR FINANCE LLC | ASTAR FINANCING FALCON II, LLC FALCON FINACIAL II, LLC C/O PATRICK DARBY JENNIFER A. HARRIS BRADLEY ARANT ROSE & WHITE LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| ASTAR FINANCE LLC; ASTAR FINANCING | FALCON II, LLC; FALCON FINANCING II, LLC KATTEN MUCHIN ROSENMAN LLP ATTN: D.FLETCHER; C.S. MITTLEMAN; M.A. PARDINI 575 MADISON AVENUE NEW YORK NY 10022-2585 |
| ATCO PARTS, INC. | AND ADVANTAGE DELIVERY & LOGISTICS C/O MERCEDES HALE BROAD & CASSEL 100 NORTH TAMPA ST, STE 3500 TAMPA FL 33602 |
| AUTONATION, INC. | C/O WALTER F. MCARDLE SPAIN & GILLON, LLC 2117 SECOND AVENUE NORTH BIRMINGHAM AL 35203 |
| BALCH & BINGHAM LLP | ATTN: JEREMY L. RETHERFORD POST OFFICE BOX 306 BIRMINGHAM AL 35201 |
| BALCH & BINGHAM LLP | 1901 SIXTH AVENUE NORTH, SUITE 1500 ATTN: JEREMY L. RETHERFORD BIRMINGHAM AL 35203 |
| BELLAIRE AIR CONDITIONING | PHILLIP MILLER 7315 ASHCROFT SUITE 116 HOUSTON TX 77081 |
| BG PRODUCTS, INC. | C/O LOUISE THOMPSON BG PRODUCTS, INC. 6601 W. WILSHIRE OKLAHOMA CITY OK 73132 |
| BLACKBURN, MALONEY & SCHUPPERT, LLC | STEVEN C. SASSER POST OFFICE BOX 1469 (COUNSEL FOR UNITED STATES DEBT RECOVERY, LLC) DECATUR AL 35602-1469 |
| BMW FINANCIAL SERVICES | C/O JIM ROLLINS HOLLAND & KNIGHT 1201 WEST PEACHTREE STREET, N.E. ONE ATLANTIC CENTER, SUITE 2000 ATLANTA GA 30309 |
| BRUCE QVALE | C/O DONALD M. WRIGHT SIROTE & PERMUTT, PC 2311 HIGHLAND AVENUE SOUTH BIRMINGHAM AL 35205 |
| CANON FINANCIAL SERVICES, INC. | C/O ANDREW L. UNTERLACK SCOTT H. MARCUS & ASSOCIATES 121 JOHNSON ROAD TURNERSVILLE NJ 08012 |
| CAPITAL ONE AUTO FINANCE | C/O JOE M. LOZANO, JR. NATIONAL BANKRUPTCY SERVICES.COM LLC 9441 LBJ FREEWAY, SUITE 350 DALLAS TX 75243 |
| CAPITAL ONE AUTO FINANCE | P.O. BOX 829009 DALLAS TX 75382-9009 |
| CARL GREGORY AND | CARL GREGORY ENTERPRISES, INC. C/O FRANK B. WILENSKY MACEY, WILENSKY, KESSLER, HENNINGS, LLC 230 PEACHTREE STREET, N.W., SUITE 2700 ATLANTA GA 30303-1561 |
| CARRIE ANN ROHRSCHEIB | HALE, DEWEY & KNIGHT, PLLC 3107 E CORPORATE EDGE DR GERMANTOWN TN 38138-7811 |
| CB & T | C/O JEFF KELLEY TROUTMAN SANDERS 600 PEACHTREE STREET, NE SUITE 5200 ATLANTA GA 30308-2216 |
| CERIDIAN TAX SERVICE | CERIDIAN CORPORATION MR. TIMOTHY GETCHELL MANAGER, FINANCE AND TREASURY DEPARTMENT 173090 BROOKHURST STREET, SUITE 100 FOUNTAIN VALLEY CA 92708-3737 |
| CHARLES I. POLLACK | SEGAL, FRYER, SHUSTER & LESTER, PC SUITE 410 1050 CROWN POINTE PARKWAY ATLANTA GA 30338 |
| COMMERCIAL TRUCK AND VAN EQUIPMENT | ADRIAN STEEL COMPANY C/O STEVEN J. SHAW JOSHUA B. WHITE STEPHENS, MILLIRONS, HARRISON, GAMMONS 2430 L&N DRIVE P.O. BOX 307 HUNTSVILLE AL 35804 |
| COMMUNICORP, INC. | C/O BROOKS C. MOREL, ESQ. NELSON MULLINS RILEY & SCARBOROUGH, LLP ATLANTIC STATION 201 17TH STREET NW, SUITE 1700 ATLANTA GA 30363 |
| COMPTROLLER OF PUBLIC ACCOUNTS | OF THE STATE OF TEXAS C/O JAY W. HURST ASSISTANT ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION P.O. BOX 12548 AUSTIN TX 78711-2548 |
| COVENTRY HEALTHCARE, INC. | C/O COZEN O'CONNOR NEAL D. COLTON ERIC L. SCHERLING 1900 MARKET STREET PHILADELPHIA PA 19103 |

| Claim Name | Address Information |
|---|---|
| CREDIT UNION OF TEXAS | C/O EDWARD S. REISINGER POST OFFICE BOX 1885 BIRMINGHAM AL 35201 |
| CRESCENT BANK AND TRUST | C/O DAVID K. BOWSHER ADAMS AND REESE LLP 2100 3RD AVENUE NORTH SUITE 1100 BIRMINGHAM AL 35203 |
| D.L. CLABORN | C/O DONALD M. WRIGHT SIROTE & PERMUTT, P.C. 2311 HIGHLAND AVENUE SOUTH BIRMINGHAM AL 35205 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | C/O WILLIAM M. HANCOCK WOLFE JONES BOSWELL WOLFES HANCOCK & DANIEL, LLC 905 BOB WALLACE AVENUE HUNTSVILLE AL 35801 |
| DEFALCO ADVERTISING | C/O TED STUCKENSCHNEIDER 205 NORTH 20TH STREET, SUITE 427 BIRMINGHAM AL 35203 |
| EDWARD J. PETERSON | AMY DENTON HARRIS COUNSEL FOR DEBTOR STICHTER RIEDEL BLAIN & PROSSER P.A. 110 EAST MADISON STREET, SUITE 200 TAMPA FL 33602 |
| EMANUEL D. JONES, | LEGACY CHEVROLET, INC., AND LEGACY AUTOMOTIVE OF COLUMBUS, LLC C/O CHARLES I. POLLACK, ESQ FRYER, SHUSTER & LESTER, PC 1050 CROWN POINTE PARKWAY ATLANTA GA 30338 |
| ERNEST J. REBECEK | 1505 TABOLA STREET ROSENBERG TX 77471 |
| FACTORY MOTOR PARTS CO. | TODD E. HELDT 1380 CORPORATE CENTER CURVE #200 EAGAN MN 55311 |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | C/O ALBERTA L. ADAMS MILLS PASKERT DIVERS 100 NORTH TAMPA STREET, SUITE 3700 TAMPA FL 33602-5835 |
| FIRST COMMERCIAL BANK | C/O STUART M. MAPLES MAPLES & RAY, PC 401 HOLMES AVE., SUITE H HUNTSVILLE AL 35801 |
| FIRST COMMERCIAL BANK OF HUNTSVILLE | C/O JEFFREY W. KELLY CAROLYN P. RICHTER TROUTMAN SANDERS LLP 5200 BANK OF AMERICA PLAZA 600 PEACHTREE STREET, N.E. ATLANTA GA 30308-2216 |
| FLETCHER JONES, SR. TRUST | C/O ROBERT P. REYNOLDS REYNOLDS, REYNOLDS, & DUNCAN, LLC POST OFFICE BOX 2863 TUSCALOOSA AL 35403-2863 |
| FLETCHER JONES, SR. TRUST | C/O JACKSON E. DUNCAN, III REYNOLDS, REYNOLDS & DUNCAN, LLC POST OFFICE BOX 18605 HUNTSVILLE AL 35804-8605 |
| FLETCHER JONES, SR. TRUST | C/O JEANETTE E. MCPHERSON LENARD E. SCHWARTZER SCHWARTER & MCPHERSON LAW FIRM 2850 SOUTH JONES BLVD., SUITE 1 LAS VEGAS NV 89146 |
| FORT BEND INDEPENDENT SCHOOL DISTRICT | C/O YOLANDA M. HUMPHREY PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP 1235 NORTH LOOP WEST, SUITE 600 HOUSTON TX 77008 |
| FOUR LEAF TOWERS COUNCIL OF CO-OWNERS | C/O BRADY E. ORTEGO ROBERTS MARKEL P.C. 2800 POST OAK BOULEVARD, 57TH FLOOR HOUSTON TX 77056 |
| GE COMMERCIAL FINANCE BUSINESS PROPERTY CORP. | C/O STEPHEN KATZ JOHN ELROD THE FORUM-SUITE 400 3290 NORTHSIDE PARKWAY, NW ATLANTA GA 30327 |
| GE COMMERCIAL FINANCE BUSINESS PROPERTY CORP. | C/O JOHN B. HUTTON GREENBERG TRAURIG, P.A. 1221 BRICKELL AVENUE MIAMI FL 33131 |
| GENERAL MOTORS CORPORATION | C/O ROBERT B. WEISS JOSEPH R. SGROI ADAM L. KOCHENDERFER HONIGMAN MILLER SCHWARTZ AND COHN, LLP 2290 FIRST NATIONAL BUILDING 660 WOODWARD AVENUE DETROIT MI 48226 |
| GENERAL MOTORS CORPORATION | C/O JOSEPH R. SGROI HONIGMAN MILLER SCHWARTZ AND COHN LLP 2290 FIRST NATIONAL BUILDING 660 WOODWARD AVENUE, SUITE 2290 DETROIT MI 48226 |
| GENESIS MARKETING GROUP, INC. | GERALD DOYLE 256 N. SAM HOUSTON PKWY #120 HOUSTON TX 77060 |
| GEORGIA DEPARTMENT OF REVENUE | AUDREY SEIDLE ESHMAN ASSISTANT ATTORNEY GENERAL 40 CAPITOL SQUARE, S.W. ATLANTA GA 30334 |
| GMAC | GMAC LLC HINSHAW & CULBERTSON LLP ATTN: CHARLES TATELBAUM, ESQ. ONE EAST BROWARD BLVD. SUITE 1010 FORT LAUDERDALE FL 33301 |
| GMAC LLC | C/O SARA ANNE FORD LIGHTFOOT, FRANKLIN & WHITE LLC THE CLARK BUILDING 400 20TH STREET NORTH BIRMINGHAM AL 35203 |
| GREATER TEXAS FEDERAL CREDIT UNION | C/O EDWARD S. REISINGER POST OFFICE BOX 1885 BIRMINGHAM AL 35201 |
| HARRIS COUNTY AND FORT BEND COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP P.O. BOX 3064 HOUSTON TX 77253-3064 |
| HOCHSZTEIN & HARRISON-JOLLY, P.A. | C/O FRED HOCHSZTEIN 2200 HOLLYWOOD BOULEVARD HOLLYWOOD FL 33020 |
| HOUSTON POLICE FEDERAL CREDIT UNION | C/O LEWIS W. SMITH, IV HOLOWAY JONES LAW FIRM, P.L.L.C. 407 JULIE RIVERS DRIVE SUGAR LAND TX 77478 |
| HSH PROPERTIES, LLLP | 780 JOHNSON PERRY RD NE STE 240 ATLANTA GA 30342-1434 |

| Claim Name | Address Information |
|---|---|
| HSH PROPERTIES, LLLP | C/O DONALD M. WRIGHT SIROTE & PERMUTT, PC 2311 HIGHLAND AVENUE SOUTH BIRMINGHAM AL 35205 |
| IKON OFFICE SOLUTIONS | KATRINA RUMPH RECOVERY & BANKRUPTCY GROUP 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC. | C/O FRANK F. MCGINN BARTLETT HACKETT FEINBERG P.C. 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| JEAN W. DURDIN | C/O PRESTON T. TOWBER TOWBER LAW FIRM, PLLC 675 WEST LOOP SOUTH, SUITE 920 BELLAIRE TX 77401 |
| JP MORGAN CHASE BANK, N.A. | CLARK R. HAMMOND LINDAN HILL JOHNSTON BARTON PROCTOR & ROSE, LLP 569 BROOKWOOD VILLAGE SUITE 901 BIRMINGHAM AL 35209 |
| JUDY HUFF | C/O CHRISTOPHER M. FARMER, ESQ. CHRISTOPHER FARMER, LLC 918 PONCE DE LEON AVE NE ATLANTA GA 30306-4212 |
| KAREN FAGIN WHITE | BRUCE Z. WALKER COHEN POLLOCK MERLIN & SMALL 3350 RIVERWOOD PARKWAY SUITE 1600 ATLANTA GA 30339 |
| KEN SMITH AUTO PARTS | C/O HARRY R. CASH GRANT, KONVALINKA & HARRISON, P.C. 633 CHESTNUT STREET 9TH FLOOR CHATTANOOGA TN 37450 |
| MAC HAIK | C/O JAMES R. LANGDON MOORE & VANN ALLEN, PLLC 100 NORTH TRYON STREET, SUITE 4700 CHARLOTTE NC 28202 |
| MARICOPA COUNTY TREASURER | C/O MADELEINE C. WANSLEE 301 WEST JEFFERSON ROOM 100 PHOENIX AZ 85003-2199 |
| MARK D. TAYLOR | KILPATRICK STOCKTON, LLP 607 14TH STREET NW SUITE 900 WASHINGTON DC 20005-2018 |
| MASSMUTUAL ASSET FINANCE LLC | C/O JODIE E. BUCHMAN SHAAN S. CHIMA DLA PIPER LLP (US) THE MARBURY BUILDING 6225 SMITH AVENUE BALTIMORE MD 21209-3600 |
| MASSMUTUAL ASSET FINANCE LLC | C/O C. KEVIN KOBBE DLA PIPER LLP THE MARBURY BUILDING 6225 SMITH AVENUE BALTIMORE MD 21209-3600 |
| MCCALLA RAYMER, LLC | MARIA TSAGARIS 1544 OLD ALABAMA ROAD (COUNSEL FO FINANCIAL FREEDOM ACQUISITION LLC) ROSWELL GA 30076-2102 |
| MITEL LEASING | C/O RUSSELL W. MILLS & JASON M. KATZ HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C. 15303 DALLAS PARKWAY, SUITE 700 ADDISON TX 75001 |
| MOTORS INSURANCE CORPORATION | C/O PETER A. IVANICK HOGAN LEVELLS US LLP 875 THIRD AVENUE NEW YORK NY 10028 |
| NAVISTAR FINANCIAL CORP. | WILLIAM J. GIBBONS, JR. GIBBONS & FURMAN 117 JEFFERSON STREET, N. HUNTSVILLE AL 35801 |
| NAVISTAR FINANCIAL CORPORATION | C/O KAREN FAGIN WHITE BRUCE Z. WALKER COHEN POLLOCK MERLIN & SMALL PC 3350 RIVERWOOD PARKWAY SUITE 1600 ATLANTA GA 30339 |
| NAVISTAR FINANCIAL CORPORATION | C/O KATHLEEN N. REED 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| NAVISTAR INTERNATIONAL, INC. | C/O KEVIN D. HEARD HEARD & ASSOCIATES, LLC 307 CLINTON AVENUE, WEST CIVIC PLAZA, SUITE 310 HUNTSVILLE AL 35801 |
| NOBLE LOGISTICS INC. | VINCE HANNIGAN 11335 CLAY ROAD, SUITE 100 HOUSTON TX 77041 |
| PARKWAY CHEVROLET | C/O MARCY E. KURTZ BRACEWELL & GIULIANI LLP 711 LOUISIANA STREET, SUITE 2300 HOUSTON TX 77002 |
| REFLEXXION AUTOMOTIVE PRODUCTS LLC | MICHAEL O'NEAL 2949 NORBROOK MEMPHIS TN 38116 |
| RELIANT ENERGY RETAIL SERVICES, LLC | C/O HEATHER M. FORREST JACKSON WALKER L.L.P. 901 MAIN STREET SUITE 6000 DALLAS TX 75202 |
| RELIANT ENERGY RETAIL SERVICES, LLC | C/O BRUCE J. RUZINSKY JACKSON WALKER L.L.P. 1401 MCKINNEY STREET SUITE 1900 HOUSTON TX 77010 |
| RICHARD BLYTHE | BANKRUPTCY ADMINISTRATOR FOR THE NORTHERN DISTRICT OF ALABAMA 400 WELLS STREET PO BOX 3045 DECATUR AL 35602 |
| RIVER OAKS L-M | HOT RIDES ADI, LP C/O MICHAEL S. HOLMES 8100 WASHINGTON AVENUE SUITE 120 HOUSTON TX 77007 |
| ROBERT B. RUBIN | DEREK F. MEEK HEATHER A. LEE MARC P. SOLOMON AMANDA M. BECKETT C/O BURR & FORMAN LLP COUNSEL FOR DEBTORS 420 NORTH 20TH STREET, SUITE 3400 BIRMINGHAM AL 35203 |
| STEVE WIER, INC. D/B/A WIER ENTERPRISES | C/O DAVID M. SMITH 2777 ALLEN PARKWAY, SUITE 1000 HOUSTON TX 77019-2165 |
| SYSTEMS & SERVICES TECHNOLOGIES, INC. | C/O JOE M. LOZANO, JR. BRICE, VANDER LINDEN & WERNICK, P.C. 9441 LBJ FREEWAY, |

# BILL HEARD ENTERPRISES, INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SYSTEMS & SERVICES TECHNOLOGIES, INC. | SUITE 350 DALLAS TX 75243 |
| SYSTEMS & SERVICES TECHNOLOGIES, INC. | P.O. BOX 829009 DALLAS TX 75382-9009 |
| TENNESSEE DEPARTMENT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION PO BOX 20207 NASHVILLE TN 37202-0207 |
| THE COLUMBUS LEDGER-ENQUIRER | PAUL J. PASCUZZI FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP 400 CAPITOL MALL, SUITE 1450 SACRAMENTO CA 95814 |
| THE MCDOUGAL COMPANY AND | H&S BROKERAGE COMPANY C/O BRENTON K. MORRIS BENTON & CENTENO, LLP 2019 THIRD AVENUE NORTH BIRMINGHAM AL 35203 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | OF BILL HEARD ENTERPRISES, INC., ET AL. C/O DENNIS S. MEIR JOHN W. MILLS KILPATRICK STOCKTON LLP 1100 PEACHTREE STREET, NE, SUITE 2800 ATLANTA GA 30309-4530 |
| THE REYNOLDS AND REYNOLDS COMPANY | REYNA CAPITAL CORPORATION C/O JENNIFER L. MAFFETT JONATHAN S. HAWKINS THOMPSON HINE LLP 2000 COURTHOUSE PLAZA, NE 10 W. SECOND STREET DAYTON OH 45402 |
| THOMAS JAMES SCHWARTZ | C/O BRADY E. ORTEGO ROBERTS MARKEL P.C. 2800 POST OAK BOULEVARD, 57TH FLOOR HOUSTON TX 77056 |
| TW TELECOM INC. | C/O LINDA BOYLE 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| UNITED SERVICE PROTECTION CORPORATION | UNITED SERVICE PROTECTION, INC. C/O WILLIAM E. MANHEIN, III WELLS, MARBLE & HURST, P.C. 300 CONCOURSE BLVD., SUITE 200 RIDGELAND MS 39157 |
| UNITED SERVICE PROTECTION CORPORATION | AND UNITED SERVICE PROTECTION, INC. C/O ROY H. LIDDELL WELLS, MARBLE & HURST, PLLC P.O. BOX 131 JACKSON MS 39205-0131 |
| US BANK | C/O PAUL J. SPINA, III YEAROUT, SPINA & LAVELLE, PC 1500 URBAN CENTER DRIVE, SUITE 450 BIRMINGHAM AL 35242 |
| VERIZON BUSINESS GLOBAL LLC | C/O STINSON MORRISON HECKER LLP 1775 PENNSYLVANIA AVENUE, NW SUITE 800 ATTENTION: DARRELL W. CLARK WASHINGTON DC 20006 |
| VERIZON BUSINESS GLOBAL LLC | 3021 LORNA ROAD SUITE 301 BIRMINGHAM AL 35216-4500 |
| WEAVER DISTRIBUTORS INC. | JOHN C. WEAVER 4015 DANIELSVILLE RD ATHENS GA 30601 |
| WELLS FARGO BANK NA AND AFFILIATES | C/O LEE R. BENTON BRENTON K. MORRIS BENTON & CENTENO, LLP 2019 THIRD AVENUE NORTH BIRMINGHAM AL 35203 |
| WELLS FARGO EQUIPMENT FINANCE, INC. | C. ELLIS BRAZEAL III EDWARD J. ASHTON WALSTON, WELLS & BIRCHALL LLP 1819 5TH AVENUE NORTH, SUITE 1100 BIRMINGHAM AL 35203 |
| WELLS FARGO EQUIPMENT FINANCE, INC. | C/O EDWARD J. ASHTON WALSTON, WELLS, & BIRCHALL, LLP 1819 5TH AVENUE NORTH, SUITE 1100 BIRMINGHAM AL 35203 |
| WESTERN SURETY COMPANY | C/O THOMAS L. SELDEN & BRIAN A. DODD STARNES & ATCHISON LLP SEVENTH FLOOR, BROOKWOOD PLACE POST OFFICE BOX 598512 BIRMINGHAM AL 35259-8512 |
| WILLIAM HEARD, JR. | C/O CHARLES L. DENABURG NAJJAR DENABURG, PC 2125 MORRIS AVENUE BIRMINGHAM AL 35203 |

**Total Creditor count 107**